## RICO Primary Defendants Counties

1) IBM =Westchester Count, NY
2) Taco Mac = Fulton County, Ga.


## RICO Co-conspirators Counties

3) Hilton Hotel = Fairfax County, Va.

4) Carnival Cruise Line = Miami-Dade, Fl

5) Twin Peaks = Cobb County, Ga.

6) La Quinta Inn = Jefferson County, Al

7) Capital Jazz Super Cruise = Howard County, Md

8) Marriott Hotels = Montgomery County, Md

9) Sheraton = Westchester County, NY

10)  Royal Lahaina = Maui County, Hi

11) Outriggers Waikiki Beach Resort = Honolulu County

12) Aviation Inn, Las Vegas, Nv = Clark County, Nv

13) Dugan's Bar and Restaurant = Fulton County

14) Dave & Buster's = Cobb County, Ga

15) Palace Hotel San Francisco, Ca = San Francisco County

16) The Sports Grill and Bar Restaurant Austell = Cobb County, Ga

17) Tropicana Casino Atlantic City = Atlantic County, Nj

18) MGM Grand Las Vegas = Clark County, Nv

**19) Tidewater Condo Panama City Beach = Bay County, Fl**

**20) Splash Resort Condo Panama City Beach =Bay County, Fl**

**21) HYATT Regency New Orleans = Cook County, Il**

**22) LA Fitness Kennesaw =Cobb County, Ga**

**23) Pier Sixty-Six Hotel Marina FT Lauderdale = Broward County, Fl**

**24) Tavistock Development Company = Orange County, Fl**

**25) Nik's Restaurant = Cobb County, Ga**

**26) Associated Credit Union = Gwinnett County, Ga**

**27) La Parilla Mexican Restaurant = Cobb County, Ga**

**28) Doc's Bar and Restaurant = Cobb County, Ga**

1

Darryl Wright
265 Lynshire Court
Marietta, Ga 30064
770-499-2245(HOME)
404-307-5334 (CELL)
WRIGHT9491@BELLSOUTH.NET

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 2 2 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# In the United States District Court

# For The Northern District of Georgia

# Atlanta Division

1:20-CV-3928

| | | |
|---|---|---|
| Darryl Wright | ) | |
| Plaintiff | ) | Civil Action |
| vs | ) | Ex PARTE  Hearing and |
| 1) IBM and 2) Taco Mac | ) | Temporary Restraining Order |
| **RICO Primary Defendants** | ) | A Racketeering  Influence |
| | ) | Criminal Organization("RICO") |
| | ) | Civil Action |

## Jury Trial Demanded

**3) BWI Double Tree by Hilton, 4) Carnival Cruise Line, 5) Twin Peaks Kennesaw ,Ga, 6) La Quinta Inn Homewood, Al, 7) Capital Jazz Super Cruise Festival, 8) Inner Harbor Baltimore Marriott**

Hotel, 9) Marriott Woodland Hills, Ca., 10) Marriott Grande Vista, Orlando, FL, 11) Marriott Renaissance Hotel  Santo Domingo, Dominican Republic, 12) Riazor Hotel Santo Domingo, Dominican Republic, 13) Sheraton Hotel Santo Domingo, Dominican Republic, 14) BWI Sheraton Hotel,  15) Four Points Sheraton Hotel Los Angeles, 16) Sheraton Old San Juan Hotel, 17)Sheraton Cancun Resort & Towers, 18) Royal Lahaina, Maui, Hi, 19) Outriggers Waikiki Beach Resort Honolulu, Hi, 20) Aviation Inn, 21) North Las Vegas, NV. , 22) Dugan's Bar and Restaurant, 23) Dave & Buster's Marietta, GA, 24) Doc's bar and restaurant, 25) Isle of Verde Hampton Inn and Suites San Juan, Puerto Rico,  26) Atlanta North Druid Hills Hampton Inn Hotel, 27) BWI Embassy Suites Hotel, 28) Ft Lauderdale Embassy Suites,  29) Palace Hotel San Francisco, 30) The Grill bar and restaurant Austell, Ga, 31)Tropicana Casino Atlantic City, 32) MGM Grand Las Vegas, 33)Tidewater Condos Panama City Beach, 34) Splash Condos Panama City Beach, 35) Hyatt Regency New Orleans, 36) LA Fitness Kennesaw, Ga, 37) Pier Sixty-Six Hotel & Marina Hyatt , Ft Lauder, 38) Nik's Restaurant Marietta, Ga, 39) La'Parilla Dallas Hwy Marietta, Ga and 40) Associated Credit Union Dobbins Air Force Base.


**RICO co-conspirators**


# Motion for Temporary Restraining Order against Primary RICO defendants and RICO Co-conspirators in preparation for a preliminary injunction.

### i.  1

- **Pro Se Plaintiff Darryl Wright respectfully moves to an ex parte hearing, pursuant to Title 18, United States Code, Section 1345 and 2521 and Rule 65(b) of the Federal Rules of Civil Procedure, for a Temporary Restraining Order injunctive relief against IBM and Taco Mac and the above co-conspirators with order to show cause why a permanent Preliminary Injunction should eventually be granted, and other ancillary relief. If the court requires additional arguments beyond the materials submitted in support of this motion. Plaintiff also request the court schedule an ex parte hearing on or before September 23 2020 according to FRCP rules.**

- **RICO defendants and co-conspirators collectively conducted and violated federal Racketeering Influenced and Corrupt Organization Act, 18 U.S.C. 1961 et seq. ("federal RICO"), and Georgia's Racketeering Influenced and Corrupt Organization Act, O.C.G.A 16-14-1 et seq. ("Georgia RICO"), as more fully set forth below.**

- **This is a federal and Georgia Racketeering Influence and Corrupt Organization ("RICO") action for fraud on the US justice system and obstruction of justice during the normal process of**

filing a civil lawsuit. Defendants use a lawsuit prevention protection racket service designed and orchestrated by law firms and their lawyers then executed by foot soldiers their investigators. This service is finance by a US fortune 500 company defendant IBM and to a lesser extent franchise restaurant owners Taco Mac over a 16-year period.

- This is a RICO civil action with organize crime allegations by defendants and co-conspirators who used or aided and abetted a law firm's service sold as a lawsuit prevention protection racket to prevent, in perpetuity, plaintiff and family from accessing the US court system to stop the persistent felony criminal crime wave surrounding plaintiff and family in and out of their home.

## • <u>Ex parte Hearing Required</u>

- The primary reason for the ex parte hearing is to discuss this case and case 1:19-CV-05213. Plaintiff request a temporary restraining order against primary RICO defendants IBM and Taco Mac and the above listed co-conspirators. To permanently end the 16 years of incessant 24/7 unlawful surveillance in and outside his family's home and the constant relentless perpetual felony criminal crime wave surrounding plaintiff and his family. Primary Rico defendants and co-conspirators have no right to criminally surveil plaintiff and family inside and outside their home. They have used surveillance to plot past, present and future crimes. Together they are simply a criminal racketeer

enterprise and should be treated as such by this court under the US and Georgia RICO organize crime RICO statutes. RICO defendants and their lawyers are the architectures, constitutors, and orchestrators of a professional criminal enterprise described as a lawsuit prevention protection racket for a 16-year period related to plaintiff and family using street gang or mob tactics to shield their clients from legitimate lawsuits at any cost by committing any crimes imagined. Defendants and lawyers are deliberate lawbreakers no different than a street gang with gang leaders or mob bosses financed by a US fortune 500 company IBM and smaller size company Taco Mac with persistence annual revenues to finance their criminal enterprises to prevent lawsuits indefinitely.

- During the ex parte hearing, we also hope to discuss the forthcoming injunctive relief to allow plaintiff to assemble his RICO counsel team to develop a thorough RICO federal complaint detailing all civil and criminal offences over a 16 year period, vital and essential subpoenas and depositions, affidavits, expedited discovery, the attorney client privilege crime-fraud exception for the law firms and lawyers, private investigators who sold their clients a criminal and illegal service we are calling a "lawsuit prevention protection racket" which was designed and orchestrated to shield wealthy clients from legitimate lawsuits and an eventual jury trial in a court of law.

- Due to the egression nature of the crimes outline in this motion, Pro Se plaintiff Wright does not want the court to rule on this temporary restraining order motion until critical and vital subpoenas and depositions have been taken by a US Attorney.

Some of the international and federal crimes planning were done in the United States then executed abroad on a US citizen which is against US law.

## The Relief Plaintiff is Asking for from this court

- Plaintiff is asking the court to force RICO defendants to disclose and remove of all surveillance devices in or around plaintiff's family home, disclose and remove all illegal wire taps from his family home phones, disclose and remove of all tracking or hacking devices or software on plaintiff's home networks or computers or electronics devices, disclose and remove of all tracking apps from all home electronic devices or software on plaintiff family's electronics devices both home or mobile devices, disclose and remove of all tracking devices on plaintiff family automobiles, disclose and remove of all drug injection devices in plaintiff's home used to drug him daily, disclose and remove of all torture devices used on plaintiff and family in his home or automobiles, disclose and remove all hacking and tracking apps from plaintiff' wife's work laptop(owned by Anthem), disclose of all plaintiff's neighbors who assisted in this surveillance and monitoring scheme, disclosure of the 24/7 monitoring site and its personnel where plaintiff and family were illegally surveilled for years. Surveillance personnel will have to be disposed for testimony.

## Origins of the criminal racket against plaintiff

- For 16 years, primary RICO defendants have finance and unleashed a Professional Criminal Enterprise(PCE) lawsuit prevention protection racket to intimidate, discourage, delay or thwart legitimate lawsuits against RICO defendants. Client's pays the law firm a perpetual retainer then the law firm pays the criminal enterprise racket to criminally intimidate, harass, discourage or threaten plaintiffs from filing lawsuits. Clients pay the lawsuit prevention protection racket instead of allowing the dispute to be settled and decided in court by a jury.

- To do this, the lawsuit prevention protection racket deploys tactics used by criminal racketeering street gangs or mobs to prevent plaintiffs from accessing counsel of choice. If the future lawsuit will lead to damaging publicity or an enormous reward, the criminal enterprise lawsuit prevention protection racket is paid exorbitant and long-term fees to prevent plaintiff's case from ever reaching the US court and jury. And if the plaintiff somehow arrives in court with proper counsel, they have criminal solutions for that too. As the court will see in this temporary restraining order, in a future federal complaint and discovery, this is a very lucrative service for rogue law firms to offer to their wealthy clients with limitless funds from their successful businesses. The client says to the lawsuit prevention protection racket just make the lawsuits go away and we will pay you as much money as required and for as long as possible to prevent the lawsuit from reaching a jury.

- Nowhere in the US criminal or civil codes gives RICO defendants and their co-conspirators a constitutional right to perpetually

conspire, plot and violate US RICO criminal statues and other international, federal, state and local statues to protect themselves from legitimate lawsuits. There is no legal reasoning by any US court or US statue that allows an organized criminal racket to shield themselves from legitimate lawsuits using a lawsuit prevention criminal protection racket financed by RICO defendants using their legal business funds. In other words, they have, over years, been financing a money laundering criminal enterprise to prevent lawsuits-a service sold by their lawyers. Now that they have gotten caught this lawsuit is here in court today to enforce US criminal and civil statues against them and stop this felony criminal crime wave against plaintiff and his family.

- This court has no legal or legitimate right or reasoning to ignore this criminal behavior or allow it to continue or sanction future criminal behavior brought to this court's attention. The criminal crime wave surrounding plaintiff and family must be stopped.

## • <u>Continued Irreparable Harm to Plaintiff and Family's life for 16 years and ongoing</u>

- Pro Se plaintiff Wright is here in court for relief to reclaim his family's home, his family's privacy, his honor, his dignity which has been irreparably harm for 16 years and is presently being irreparably harm by a relentless lawsuit prevention protection racket criminal racketeering enterprise we call a <u>Professional</u>

Criminal Enterprise (PCE). By close examination, this enterprise is a RICO lawsuit prevention protection racket that has daily and for years unlawfully surveilled, stalked, criminally defamed, spied on, filmed, drugged, tortured and psychologically traumatize plaintiff and family. This lawsuit prevention protection racket has been financed by RICO defendants IBM and Taco Mac's using legal revenues over a 16-year period. RICO defendants have laundered those funds into a perpetual sustaining organize crime racket and will continue to do so until this court cease all criminal activity. We suspect the RICO co-conspirators use these type of services too since they willing and deliberately aid and abet the criminal enterprise.


• During the 16 years, plaintiff has been psychological traumatize, drugged and tortured in his at home, at work, hotel rooms, condos and cruise cabins and even at friend's home. Plaintiff has also sustained and been hospitalize for two strokes do to stress, torture, drugs, psychological trauma and experiments being tried on him. The first stroke was at IBM's River Edge complex where an ambulance was required to take him to Northside Hospital. The second was at home where his wife took him to Well-Star Hospital for treatment. Both times the diagnosis by his Vascular Neurologist was a TIA or minor stroke due to stress.  After a battery test, MRIs and CAT scans, nothing was physically found to cause the symptoms except stress. Plaintiff has no history of high blood pressure, heart disease or stress before RICO defendants unleashed their lawsuit prevention protection racket on plaintiff and family.

- All plaintiff friends have been coerced, intimidated, threaten or extorted to work against him over the years. Some of those relationships go as far back as 50 years. After this lawsuit, those relationships will be permanently damaged and unrepairable-fifty years of lost relationships is incalculable.

- Plaintiff has only discussed minor details with his wife and mother about what has been going on during the years in his family home. If he did, they would not want to spend another hour in their home of 22 years or travel anywhere and feel safe. His family home cannot be sold at any price with what has been done to it by the lawsuit prevention protection racket.

- Simply put, RICO defendants have turned plaintiff's life into a nightmare. His home into "a house of horrors" and an experimental "biological lab." Using many felony criminal racketeering methods to intimidate, discourage, delay and thwart investigations and lawsuits with the assistance of co-conspirators who aided and abetted and propagating their criminal activities on their premises.

- **PARTIES, JURISDICTION AND VENUE**

### 1. 8

- Plaintiff Darryl and Rochelle Wright and (Darryl's mother) Jovettia Cooper were born in the US and reside in Marietta, Ga. which is the Northern District of Georgia.

### 1. 9

- RICO defendants and co-conspirators are headquartered and located in many different jurisdictions across the US and other countries. This court has personal subject matter jurisdiction for this RICO action.

### 1. 10

- This Court has subject matter jurisdiction over this case pursuant to 18 U.S.C. 1964, 28 U.S.C 1332 (federal question) and 28 U.S.C 1367
(ancillary jurisdiction).

   a. Venue is proper in this district, pursuant 10 28 U.S.C. many of the defendants and co-conspirators either live in North Georgia or do business in Georgia.  Venue is also proper in this district pursuant to 18 U.S.C. 1965, as defendants and co-conspirators reside in and transacts it affairs in the Northern District of Georgia.

### 1. 11

# 2.<u>RICO Defendants Criminal Offences</u>

- RICO primary defendant IBM is a US corporation with worldwide sales and services headquarters in Armonk, NY.

- Federal and state offences violated over 16 years:

- # 18 U.S. Code CHAPTER 96— RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

  - Fraud against the US Justice by financing and using an organized Professional Criminal Enterprise (PCE) lawsuits prevention protection racket to cheat, distort and obstruct the US Justice System by discouraging, delaying or thwarting legitimate lawsuits violating a multitude of organize federal and state criminal offences and statues such as:

- Unlawful 24/7 surveillance of plaintiff and his family in and out of his family's home, hotels, condos, cruise ship cabins, resorts and friends' home since 2004 (O.C.G.A 16-11-62)
- Home invasion of plaintiff's family home (O.C.G.A 16-7-5)
- Daily Breaking and entering of plaintiff home (O.C.G.A 16-7-1)
- Daily breaking and entering plaintiff cars and rental cars (16-8-18)
- Daily Stalking of plaintiff all over the world.
- Criminal Harassment
- Criminal Trespassing
- Daily Criminal Damage of his property
- Daily assault and battery (16-5-21)
- Acts of Terrorism
- Terroristic Threats to plaintiff in public
- Daily drugging with drugs that cause hallucinations, drugs that cause frequent urination and drugs that cause frequent bowel movements.
- Unlawful restraint in his home.

- Daily of torture (physical and mental)-sleep deprivation, foot torture, hypnosis, Chines water torture.
- Torture in hotels, resorts, condos, cruise ship cabins and friend's homes.
- False imprisonment in his home.
- Computer and Cyber Crimes
- Hacking plaintiff electronics
- Hacking plaintiff's cell home
- Hacking of plaintiff network
- Hacking of plaintiff camera systems
- Hacking of ADT's network
- Hacking of ATT's internet network
- Hacking of ATT's home phone network
- Hacking of Comcast Network
- Hacking of DirecTV's network
- Hacking of law firm's websites (we have pictures)
- Intercepting phone calls to lawyers both by home phone or cell
- Hacking of Marriot's website (we have pictures)
- Hacking of Sheraton's website (we have pictures)
- Hacking of the FBI's website multiple times (we have pictures).
- Mail and Wire Fraud
- Capturing cell phone calls from the air
- Illegal interception Electronic communications
- Criminal Defamation (O.C.G.A 16-11-40)
- Intimidating plaintiff friend's
- Threatening plaintiff's friends
- Extorting plaintiff friends
- Harassing plaintiff friends
- Extortion (16-8-16)
- Blackmail

- Bribery (O.C.G.A 16-10-2)
- Mail and Wire Fraud (18 USC Ch.63)
- Illegally monitoring plaintiffs and family bank accounts
- Tracking plaintiff using those accounts
- Bank Fraud (tracking plaintiff through the e use of his bank cards)
- Money Laundering of legal funds to a criminal enterprise for illegal activities
    - Special maritime and territorial jurisdiction (18 USC 2111)
- Impersonating a law firm's office to get intelligence from plaintiff

1. 12

- RICO primary defendant Taco Mac is a Georgia base corporation with restaurant chain in the Atlanta metropolitan. Headquartered in Alpharetta, Ga.
- # 18 U.S. Code CHAPTER 96—RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
    - Fraud against the US Justice by financing and using an organized Professional Criminal Enterprise (PCE) lawsuits prevention protection racket to cheat, distort and obstruct the US Justice System by discouraging, delaying or thwarting

**legitimate lawsuits violating a multitude of organize federal and state criminal offences and statues such as:**

- Unlawful 24/7 surveillance of plaintiff and his family in and out of his family's home, hotels, condos, cruise ship cabins, resorts and friends' home since 2004 (O.C.G.A 16-11-62)
- Home invasion of plaintiff's family home (O.C.G.A 16-7-5)
- Daily Breaking and entering of plaintiff home (O.C.G.A 16-7-1)
- Daily breaking and entering plaintiff cars and rental cars (16-8-18)
- Daily Stalking of plaintiff all over the world.
- Criminal Harassment
- Criminal Trespassing
- Daily Criminal Damage of his property
- Daily assault and battery (16-5-21)
- Acts of Terrorism
- Terroristic Threats to plaintiff in public
- Daily drugging with drugs that cause hallucinations, drugs that cause frequent urination and drugs that cause frequent bowel movements.
- Unlawful restraint in his home.
- Daily of torture (physical and mental)-sleep deprivation, foot torture, hypnosis, Chines water torture.
- Torture in hotels, resorts, condos, cruise ship cabins and friend's homes.
- False imprisonment in his home.
- Computer and Cyber Crimes
- Hacking plaintiff electronics
- Hacking plaintiff's cell home
- Hacking of plaintiff network

- Hacking of plaintiff camera systems
- Hacking of ADT's network
- Hacking of ATT's internet network
- Hacking of ATT's home phone network
- Hacking of Comcast Network
- Hacking of DirecTV's network
- Hacking of law firm's websites (we have pictures)
- Intercepting phone calls to lawyers both by home phone or cell
- Hacking of Marriot's website (we have pictures)
- Hacking of Sheraton's website (we have pictures)
- Hacking of the FBI's website multiple times (we have pictures).
- Mail and Wire Fraud
- Capturing cell phone calls from the air
- Illegal interception Electronic communications
- Criminal Defamation (O.C.G.A 16-11-40)
- Intimidating plaintiff friend's
- Threatening plaintiff's friends
- Extorting plaintiff friends
- Harassing plaintiff friends
- Extortion (16-8-16)
- Blackmail
- Bribery (O.C.G.A 16-10-2)
- Mail and Wire Fraud (18 USC Ch.63)
- Illegally monitoring plaintiffs and family bank accounts
- Tracking plaintiff using those accounts
- Bank Fraud ((tracking plaintiff through the e use of his bank cards)
- Money Laundering of legal funds to a criminal enterprise for illegal activities

- Special maritime and territorial jurisdiction (18 USC 2111)
- Impersonating a law firm's office to get intelligence from plaintiff

- ## Co-defendants Conspired with RICO Defendants to Violate Plaintiffs Hotel rooms, Condos, Resort rooms and Cruise cabins repeatedly

- RICO co-conspirators had two obligations to plaintiff and family while they stayed on their premises 1) to keep their paying guest safe from harm and 2) to guard plaintiff's privacy. They failed miserably by every metric measure. They gave PCE unfettered access to plaintiff's rented room beforehand and during his stay allowing them to spy on plaintiff and family, to film plaintiff and family, to drug plaintiff and to torture plaintiff while he occupied rooms. PCE commits these same crimes at plaintiff's home and at work.

- RICO co-conspirators are facilitators, participators and aid and abettors to the professional criminal enterprise criminal behavior to torments plaintiff and his family on their premises or properties. Plaintiff has never been accused of any criminal deeds or infractions on any of defendants or co-conspirator's

premises or properties. Defendants and co-conspirators will not be able to legitimately answer this complaint with any credible evidence to a courts' satisfaction except to say we can get away it with all the money in the world.

### 1. 5

- From the time plaintiff made his reservation until the time he arrived on the RICO co-conspirator's premises, primary defendants and co-conspirators conspired using the lawsuit prevention protection racket Professional Criminal Enterprise (PCE) to unlawfully surveil, defame, harassed, tortured, drugged and criminally tormented plaintiff. Primary defendants had a premeditated detailed scheme for plaintiff then they were aided and abetted by co-conspirators. The Professional Criminal Enterprise work frantically and collectively with their co-conspirators to prevent plaintiff from accessing the US justice system, mainly counsel of his choice and to aid in obstructing justice with fraud. As the court will see, some of the co-conspirators are repeat offenders to this fraudulent criminal behavior by the lawsuit prevention protection racket (PCE).

### 1. 13

- RICO co-conspirators PMD I, LLC is the owner and operator of BWI Doubletree by Hilton. They are some repeat offenders.

- Plaintiff and friend Cameo (Damiel Michel) has stayed at this location multiple times over the years during their annual Chesapeake Bay fishing trip. It has close proximity to BWI airport, restaurants, the fishing hole, Baltimore, MD and other convenient locations. At every stay in the past and as recently as

Labor Day August 2019, plaintiff Wright has been spied on, filmed, tortured and drugged by representative of primary RICO defendants IBM and Taco Mac. During the August 2019 trip and as he was checking out, he was told by the front desk, that he did not pay for his three-day stay and that he would have to contact the organization who paid for it to get a checkout receipt. The front desk personnel did not say who paid for his stay. But she did say that the only evidence of his stay at the hotel was his on file credit card. No evidence of his advance payment for the room. Plaintiff Wright detected a cover up of crimes and their collaboration of those crimes during August 2019 Labor Day weekend.

•     After returning home, plaintiff Wright sent PMD I LLC a complaint about what happen during his stay with an evidence preservation letter for that weekend. Plaintiff soon will be seeking subpoenas for documents and videos outlined in his letter.

•     Plaintiff is accusing PMD I, LLC of the following offences:

1) Multiple counts of Negligence over the years.

2) Giving PCE unfettered access to plaintiff's room and hotel.

3) Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal

defamation, and criminal harassment during his stays at BWI Double Tree Hilton.

4)     RICO co-conspirator Hilton is a global hotel company with many franchises such as Doubletree, Embassy Suites and Hampton Inn. Hilton is headquartered in McLean, Va.

5)     Hampton Inn North Druid Hills Atlanta, Ga on 06/2015 during a short stay in Atlanta to get rest and use the hotel phone system and computer. While in his room, plaintiff tried calling a lawyer via hotel's phone system but was intercepted and routed to the Professional Criminal Enterprise personnel who answered his call to a lawyer then tried to discourage him from obtaining a lawyer.  Plaintiff waited over an hour to get access to his room. He paid with an American Express gift card that he purchased at Walgreens drug store just to throw PCE off. Plaintiff accuses repeat offender defendant Hampton Inn of the following offences during his short stay:

1) Negligence.

2)   Obstruction of justice by intercepting phone calls to lawyers.

3)   Wire Fraud (intercepting calls from his room)

4)   Giving PCE unfettered access to plaintiff's room and its hotel.

5)   Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal

defamation, and criminal harassment during his stays on their properties.

6) RICO co-conspirator Hilton is a global hotel company with many franchises such as Doubletree, Embassy Suites and Hampton Inn and a repeat offender. Hilton is headquartered in Mclean, Va.

7) Plaintiff accuses Embassy Suites BWI from 07/18/2015 to 07/21/2015 while he and Cameo stayed at its hotel during his annual fishing trip. Plaintiff accuses Hilton of the following offences during his stay:

8) Multiple counts of Negligence during his stay.

9) Giving PCE unfettered access to plaintiff's room and its hotel.

10) Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays while plaintiff is on their properties

a. RICO co-conspirator Sheraton is a global hotel company with many franchises and is headquartered in White Plains, NY.

b. Plaintiff Wright and IBM Steve Dickens stayed two days on 10/24/2015 at Sheraton Old San Juan Puerto Rico before a Capital Jazz Festival Super Cruise event leaving out of San

Juan Puerto Rico. Plaintiff Wright and IBM Steve Dickens shared a room. During plaintiff stay, plaintiff accuses Sheraton Old San Juan of allowing the Professional Criminal Enterprise to take over the hotel to do the following:

11)    Negligence.

12)    Giving PCE unfettered access to plaintiff's room and its hotel.

13)    Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

14)    RICO co-conspirator Hilton is a global hotel company with many franchises such as Doubletree, Embassy Suites and Hampton Inn and a repeat offender. Hilton is headquartered in McLean, Va.

15)    Hampton Inn Suites Isle of Verde, Puerto Rico on 11/01/2015 during which he stayed after a Capital Jazz Fest Super Cruise event. Plaintiff accuses repeat offender defendant Hampton Inn of the following offences during his short stay:

16)    Negligence.

17)    Giving PCE unfettered access to plaintiff's room and its hotel.

18)      Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.


19)      RICO co-conspirator Hilton is a global hotel company with many franchises such as Doubletree, Embassy Suites and Hampton Inn. Hilton is headquartered in McLean, Va.

20)      RICO co-conspirators PMD I, LLC is the owner and operator of BWI Doubletree by Hilton which are repeat offenders.


21)      Plaintiff and Cameo (Damiel Michel) stayed at BWI Doubletree regularly during his annual fishing trip in July 2016. Plaintiff is accusing Hilton (another repeat offender) and its franchises of the following criminal offences:

22)      1) Multiple counts of Negligence during his stay.

23)      2) Giving PCE unfettered access to plaintiff's room and its hotel.

24)      3) Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays while plaintiff is on their properties.


a. 14

25)      RICO co-conspirator Marriott is a global hotel company with may franchises headquartered in Bethesda, Md. Marriott owns Sheraton and its franchises.

26)    Plaintiff was there with Cameo (Damiel Michel) and Dollar Bill for his annual fishing trip.  Plaintiff accuses Marriott Baltimore Inner Harbor of the following criminal offences:

27)    Multiple counts of Negligence over the weekend.

28)    Giving PCE unfettered access to plaintiff's room and its hotel.

29)    Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

30)    Plaintiff reported incidents to Marriott using their website, email and FED-EX and they did nothing to rectify this reoccurring problem.

31)    RICO co-conspirator Marriott is a global hotel company with may franchises headquartered in Bethesda, Md. Marriott owns Sheraton and its franchises.

   a. Plaintiff stayed there two days with his wife, daughter, mother and niece in preparation for his daughter's PhD graduation cruise on Carnival Ship Elation. Plaintiff is accusing Marriott Grand Vista Orlando on 05/09/2019 (another repeat offender) of the following criminal offences during his daughter graduation cruise.

32)    Multiple counts of Negligence over the years.

33)    Giving PCE unfettered access to plaintiff's room and its hotel.

34)    Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery,

criminal defamation, and criminal harassment during his stays on their properties.

35)     Plaintiff reported incidents to Marriott using their website, email and FED-EX and they did nothing to rectify this problem.

36)     RICO co-conspirator Carnival Cruise is a global cruise line headquartered Miami, Fl.

37)     Plaintiff is accusing Carnival Cruise (another repeat offender) and its Cruise Ship Elation of the following criminal offences during his daughter's PhD graduation cruise on 05/11/2019 where he shared a cabin with his wife and daughter.

38)     Multiple counts of Negligence over the years.

39)     Giving PCE unfettered access to plaintiff's cabin.

40)     Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

a. 15

41)     RICO co-conspirator Palace Hotel San Francisco is owned by Kyo-Ya Hotels & Resorts headquarters out of Honolulu, Hawaii.

42)      Plaintiff is accusing The Palace Hotel of San Francisco on 02/2015 of the following criminal offences while his wife Rochelle Wright attended an Oracle conference in San Francisco. Anthem paid for the room:

43)      Negligence.

44)      Giving PCE unfettered access to plaintiff's room and its hotel.

   a. 3) Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.


1. 16

45)      RICO co-conspirator Hyatt Regency is a global hotel company headquartered out of Chicago, Il.

46)      Plaintiff is accusing Hyatt Regency Loyola Street New Orleans, La. of the following criminal offences on 06/02/2016 to 06/08/2016 while wife was attending an Oracle conference. Her employer Anthem paid for the room.

47)      Negligence.

48)      Giving PCE unfettered access to plaintiff's room and its hotel.

49)      Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

### a. 17

50)     **RICO** co-conspirators Pier Sixty-Six Hotel & Marina Fort Lauderdale is owned by Hyatt headquartered out of Chicago, Il.

51)     Plaintiff is accusing Pier Sixty-Six Hotel & Marina Fort Lauderdale on 11/15/2015 of the following criminal offences while he, Cameo (Damiel Michel) Cameo's cousins Todd and Mike and Vincent Stevens were in town for a Miami Dolphin NFL Football Game. Plaintiff and Vincent Steven stayed in the same room:

52)     Negligence.

53)     Giving PCE unfettered access to plaintiff's room and its hotel.

54)     Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

### 1. 18

55)     RICO co-conspirator Carnival Cruise is a global cruise line headquartered Miami, Fl.

during years 2012, 2013, 2014, 2015 and 2016 the Capital Jazz
Fest Super Cruise events in which he shared cabins with IBM
Steve Dickens every time:

57)      Multiple counts of Negligence over the years.

58)      Giving PCE unfettered access to plaintiff's cabin.

59)      Aiding and abetting a professional criminal enterprise to
spy, film, torture, drugging, stalking, assault and battery,
criminal defamation, and criminal harassment during his stays
on their properties.


### 1. 19


60)      RICO co-conspirator MGM Grand Hotel and Casino Las
Vegas is headquartered in Paradise, NV.

   a. Plaintiff is accusing MGM Las Vegas on 09/27/2015 of the
      following criminal offences while he and his wife Rochelle
      Wright was on a business trip for her company Anthem.
      Plaintiff shared the room with his wife. Anthem paid for
      the room.

61)      Negligence

62)      Giving PCE unfettered access to plaintiff's room and its
hotel.

63)      Aiding and abetting a professional criminal enterprise to
spy, film, torture, drugging, stalking, assault and battery,
criminal defamation, and criminal harassment during his stays
on their properties.

56)    Plaintiff is accusing Carnival Cruise (another repeat offender) and its cruise line of the following criminal offences during years 2012, 2013, 2014, 2015 and 2016 the Capital Jazz Fest Super Cruise events in which he shared cabins with IBM Steve Dickens every time:

57)    Multiple counts of Negligence over the years.

58)    Giving PCE unfettered access to plaintiff's cabin.

59)    Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.


1. 19


60)    RICO co-conspirator MGM Grand Hotel and Casino Las Vegas is headquartered in Paradise, NV.

    a. Plaintiff is accusing MGM Las Vegas on 09/27/2015 of the following criminal offences while he and his wife Rochelle Wright was on a business trip for her company Anthem. Plaintiff shared the room with his wife. Anthem paid for the room.

61)    Negligence

62)    Giving PCE unfettered access to plaintiff's room and its hotel.

63)    Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

## 1. 20

64) RICO co-conspirator Tropicana Casino Atlantic City is he owned by MGM Grand headquartered in Paradise, NV.

65) Plaintiff is accusing Tropicana Casino Atlantic City on 08/06/2015 to 08/10/2015 of the following criminal offences while he and his wife vacationed with her mother, father and sister for a weekend in Atlantic City. Wife Rochelle Wright use her American Express card for payment:

66) Negligence

67) Giving PCE unfettered access to plaintiff's room and its hotel.

68) Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

## a. 21

69) RICO co-conspirator Tidewater Condos Panama City Beach is owned by Wyndham Vacation Rentals which is headquartered in Parsippany-Troy Hills, NJ.

70) Plaintiff is accusing Tidewater on 04/2015 (another repeat offender) during his and IBM Steve vacation at the annual Panama City Beach Sea Breeze Jazz Festival of the following criminal offences:

71) Multiple counts of Negligence over the years.

72) Giving PCE unfettered access to plaintiff's condos.

73) Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery,

criminal defamation, and criminal harassment during his stays on their properties.

74)   Plaintiff reported incidents to Tidewater who did nothing to rectify this problem.

75)   RICO co-conspirator La Quinta Inn Homewood, AL is owned by Wyndham and is headquartered in Irving, TX.

76)   Plaintiff is accusing La Quinta Inn on 07/12/2015 of the following criminal offences during his one-day stay to Birmingham, Al. The Professional Criminal Enterprise took over the hotel. While at the hotel, plaintiff noticed a Birmingham Sheriff SUV vehicle was outside in the parking lot.

77)   Negligence

78)   Giving PCE unfettered access to plaintiff's room and its hotel.

79)   Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

a. 22

80)    RICO co-conspirator Splash Condo Panama City Beach is
owned by Wyndham Vacation Rentals which is headquartered
Parsippany-Troy Hills, NJ.

    a. Plaintiff is accusing Splash Condo Panama City Beach
(another repeat offender) during plaintiff Wright and IBM
Steve 's vacation to the annual Panama City Beach Sea
Breeze Jazz Festival of the following criminal offences:

81)    Multiple counts of Negligence over the years.

82)    Giving PCE unfettered access to plaintiff's room and its
hotel.

83)    Aiding and abetting a professional criminal enterprise to
spy, film, torture, drugging, stalking, assault and battery,
criminal defamation, and criminal harassment during his stays
on their properties.

    a. 23

84)    RICO co-conspirator Sheraton is a global hotel company
with many franchises such as Four Points headquartered in
White Plains, NY.

85)    Plaintiff stayed at Sheraton BWI during a Baltimore Ravens
football game on 09/11/2016 and Washington Redskins Football
Game on 09/12/2016 in room #327. The Professional Criminal
Enterprise took over the hotel. After torturing him during the
night, plaintiff left the hotel and checked into the Hilton Garden
BWI room#245. The Professional Criminal Enterprise followed
him to the BWI Hilton Garden where they had installed gadgets
in room #245 causing plaintiff to be sleep deprived for that
night.

86)     Multiple counts of Negligence during his stay.

87)     Giving PCE unfettered access to plaintiff's room and its hotel.

88)     Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

89)     Plaintiff reported incidents to Sheraton via their website, email and FED-Ex and they did nothing to rectify this problem.

90)     RICO co-conspirator Sheraton is a global hotel company with many franchises such as Four Points headquartered in White Plains, NY.

91)     Plaintiff stayed at the Sheraton Santo Domingo Dominican Republic from 08/31/2017 to 09/04/2017 during a vacation trip with his high school friend Daimel Michel. The Professional Criminal Enterprise took over the hotel. During his stay, plaintiff accuses Sheraton Santo Domingo Hotel Dominican Republic of the following offences:

92)     Multiple counts of Negligence during his stay.

93)     Giving PCE unfettered access to plaintiff's room and its hotel.

94)     Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery,

criminal defamation, and criminal harassment during his stays on their properties.

95)     RICO co-conspirator Sheraton is a global hotel company with many franchises such as Four Points headquartered in White Plains, NY.

96)     Plaintiff stayed at the Sheraton Santo Domingo Dominican Republic from 01/04/2018 to 01/09/2018 during a vacation trip by himself this time. The Professional Criminal Enterprise took over the hotel. During his stay, plaintiff accuses Sheraton Santo Domingo Hotel Dominican Republic of the following offences:

97)     Multiple counts of Negligence during his stay.

98)     Giving PCE unfettered access to plaintiff's room and its hotel.

99)     Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

100)    Plaintiff reported incidents to Sheraton via their website, email and FED-Ex and they did nothing to rectify this problem.

101)    RICO co-conspirator Sheraton is a global hotel company with many franchises such as Four Points headquartered in White Plains, NY.

102) Plaintiff stayed at the Sheraton Santo Domingo Dominican Republic from 05/22/2018 to 05/25/2018 during a vacation trip with his high school friend Damiel Michel. The Professional Criminal Enterprise took over the hotel. During his stay, plaintiff accuses Sheraton Santo Domingo Hotel of the following offences:

103) Multiple counts of Negligence during his stay.

104) Giving PCE unfettered access to plaintiff's room and its hotel.

105) Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

106) Plaintiff reported incidents to Sheraton via their website, email and FED-Ex and they did nothing to rectify this problem.


107) Riazor Hostel is a privately owned smaller hotel in Santo Domingo Dominican Republic. Riazor is a repeat offender to giving the Professional Criminal Enterprise access to plaintiff's rooms.

108) Plaintiff stayed at Riazo for one day on 05/28/2018. The Professional Criminal Enterprise took over the hotel and had access to plaintiff's room. Plaintiff is accusing Riazor Santo Domingo Dominican Republic of the following of offences:


109) Multiple counts of Negligence during his stay.

110) Giving PCE unfettered access to plaintiff's room and its hotel.

111)    Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

112)    RICO co-conspirator Sheraton is a global hotel company with many franchises such as Four Points headquartered in White Plains, NY.

113)    Plaintiff stayed at Sheraton BWI during his niece's graduation from high school on 06/06/2018 to 06/08/2018. He stayed there with his wife, daughter and mother. The Professional Criminal Enterprise took over the hotel. During his stay, plaintiff accuses Sheraton BWI of the following offences:

114)    Multiple counts of Negligence during his stay.

115)    Giving PCE unfettered access to plaintiff's room and its hotel.

116)    Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

117)    Plaintiff reported incidents to Sheraton via their website, email and FED-Ex and they did nothing to rectify this problem.

118)   RICO co-conspirator Sheraton Four Points Los Angeles airport is a global hotel company with many franchises such as Four Points headquartered in White Plains, NY.

119)   Plaintiff and wife stayed at the Sheraton Four Points Los Angeles airport on the first leg of their 30th anniversary on 07/21/2018. The Professional Criminal Enterprise took over the hotel. Plaintiff was drugged so much that his nose profusely bleeding while he was smoking a cigar in front of the building. Later the next day earlier morning around 3AM, he was being torture so much in his bed that he got up, went downstairs near the front desk and guest computers, logged onto a guest computer and reported a complaint via the Sheraton's portal about what was happening in their hotel. Plaintiff never heard anything from Sheraton about the incident. Plaintiff is accusing Sheraton Four Point Los Angeles (another repeat offender) of the following criminal offences during plaintiff and wife's 30th anniversary:

120)   Multiple counts of Negligence over the years.

121)   Giving PCE unfettered access to plaintiff's room and its hotel.

122)   Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their property.

123)   Plaintiff reported incidents to Sheraton via their website, email and FED-Ex and they did nothing to rectify this problem.

124)   Plaintiff reported this event via Sheraton's Four Point guest computers.

125)    RICO co-conspirator Outriggers Waikiki Beach Resort Honolulu, HI is base and headquarters Honolulu, Hi.

126)    Plaintiff is accusing Outriggers Waikiki Beach Resort on 07/24/2018 of the following offences during plaintiff and wife 30th anniversary:

127)    Negligence

128)    Giving PCE unfettered access to plaintiff's room and its hotel.

129)    Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

130)    RICO co-conspirator Royal Lahaina Resort Maui, Hi. is base and located in Maui, Hi.

a. Plaintiff is accusing Royal Lahaina Resort Maui on 07/2018 to 08/2018 of the following offences during plaintiff and wife 30th anniversary:

131)     Negligence

132)     Giving PCE unfettered access to plaintiff's room and its hotel.

133)     Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.


134)     RICO co-conspirator Sheraton Four Points Los Angeles airport is a global hotel company with many franchises such as Four Points headquartered in White Plains, NY.

135)     Plaintiff and wife were returning from their Hawaii 30th annual trip and stayed at the Sheraton Four Points Los Angeles airport hotel on 08/01/2018 and 08/02/2018. The Professional Criminal Enterprise took over the hotel again. Plaintiff is accusing Sheraton Four Points hotel of the following offences:

136)     Negligence

137)     Giving PCE unfettered access to plaintiff's room and its hotel.

138)     Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

139)    RICO co-conspirator Capital Jazz Super Cruise rented Carnival Cruise ships for events and is headquartered out of Columbia, Md.

140)    Plaintiff is accusing Capital Jazz Super Cruise of the following offences while he and IBM Steve Dickens, IBM Bill Taylor and his wife Maryland were on Jazz cruise events sponsored by Capital Jazz Super Cruise 2012, 2013, 2014, 2015 and 2016.

141)    Negligence during multiple stays.

142)    Giving PCE unfettered access to plaintiff's cabin.

143)    Aiding and abetting a professional criminal enterprise to spy, film, torture, drugging, stalking, assault and battery, criminal defamation, and criminal harassment during his stays on their properties.

a. 24

144)    RICO co-conspirator LA Fitness is a fitness company with gyms all over the US headquartered out of Irvine, Ca.

145)    Plaintiff is accusing LA Fitness Kennesaw of the following offences while plaintiff was on their premises. PCE took over the gym. Some of the offences were assisted by IBM Lonnie Arbuckle, IBM Jeff Spring and Van while on their premises:

146)    Negligence multiple counts

147)    Unlawful Surveillance

148)    Spying

149)     Filming
150)     Torture
151)     Defamation of plaintiff to their employees and guests
152)     Aiding and abetting of a criminal enterprise.

a. 25

153)     RICO co-conspirator LA Fitness is a fitness company with
gyms all over the US headquartered out of Irvine, Ca.
   a. Plaintiff is accusing LA Fitness Austell of the following
offences while plaintiff was on their premises:
154)      Negligence multiple counts
155)     Unlawful Surveillance
156)     Spying
157)     Filming
158)     Torture
159)     Defamation of plaintiff character to their employees and
guests
160)     Aiding and abetting of a criminal enterprise

a. RICO co-conspirator LA Fitness is a fitness company with
gyms all over the US headquartered out of Irvine, Ca.
   i. Plaintiff is accusing LA Fitness Houston on 02/06/2017
of the following offences while plaintiff was on their
premises:

161)     Negligence multiple times

162)    2)Unlawful Surveillance

163)    3)Spying

164)    4)Filming

165)    5)Torture

166)    6) Defamation of plaintiff of character to their employees and guests

167)    7)Aiding and abetting of a criminal enterprise criminal acts

168)    RICO co-conspirator Dave and Busters is a restaurant arcade headquartered in Dallas, Tx.

169)    Plaintiff is accusing Dave and Busters Marietta of the following offences:

170)    Negligence multiple times

171)    Unlawful Surveillance

172)    Defamation of plaintiff character to their employees and guests

173)    Aiding and abetting of a criminal enterprise criminal acts
                        a. 26

174)    RICO co-conspirator Associated Federal Credit Union is headquartered out of Peachtree Corners, Ga.

175)    Plaintiff is accusing Associated Federal Credit Union of the following offences while plaintiff was their premises:

176)    Negligence

177)    Defamation of plaintiff of character to their employees

178)     Aiding and abetting of a criminal enterprise criminal acts


a. 27


179)     RICO co-conspirator Dugan's Bar and Restaurant is located in Atlanta, Ga off of Ponce De Leon Ave.

180)     Plaintiff is accusing Dugans Bar and Restaurant Ponce De Leon Ave of the following offences while plaintiff was on their premises:

181)     Negligence multiple times

182)     Unlawful Surveillance

183)     Repeated and surreptitiously installed an accelerant in his cigars so that plaintiff cigars burnt funny and smelt funny.

184)     Defamation of plaintiff character to their employees and guests

185)     Aiding and abetting of a criminal enterprise in criminal acts


a. 28

186)     RICO co-conspirator The Sports Grill is located in Austell, Ga.

187)     Plaintiff is accusing The Sports Grill in Austell of the following offences while plaintiff was on their premises:

188)     Negligence Multiple times

189)     Unlawful Surveillance

190)     Defamation of plaintiff character to their employees and guests

191)    Aiding and abetting of a criminal enterprise in criminal acts
192)    Assault and battery causing my nose to water

### a. 29

193)    **RICO** Co-conspirator Doc's Spirits and restaurant is located in Smyrna, Ga.
194)    Plaintiff is accusing Doc's Spirits and restaurant of Smyrna of the following offences while plaintiff was on their premises:

195)    Negligence multiple times
196)    Unlawful Surveillance
197)    Defamation of plaintiff character to their employees and guests
198)    Aiding and abetting of a criminal enterprise in criminal acts

### a. 30

b. RICO Co-conspirator Nik's bar and restaurant is located in Marietta, Ga.
199)    Plaintiff is accusing Nik's Greek restaurant of Marietta, Ga of the following offences while plaintiff was on their premises:
200)    Negligence multiple times
201)    Unlawful Surveillance

202)     **Defamation of plaintiff character to their employees and guests**

203)     Aiding and abetting of a criminal enterprise in criminal acts

### a. 31

204)     **Twin Peaks Kennesaw is a restaurant franchise owned by Front Burner Restaurant LLP. Its corporate office is located in Addison, Tx.**

205)     **Plaintiff is accusing Twin Peaks Kennesaw of the following offences while he was on their premises:**

206)     **Negligence multiple times**

207)     **Defamation of plaintiff character to their employees and guest**

208)     **Aiding and abetting of a criminal enterprise criminal acts**

209)     **RICO Co-conspirator La' Parilla is Mexican restaurant chain headquartered in Marietta, Ga.**

210)     **Plaintiff is accusing La' Parilla is Mexican restaurant of the following offences while plaintiff was their premises:**

211)     **Negligence multiple times**

212)     **Defamation of plaintiff character to their employees and guest**

213)     **Aiding and abetting of a criminal enterprise criminal acts**

### a. 32

## ii.  III.   FACTS

214)  Plaintiff Darryl Wright was born in the US and resides in Marietta, Ga. where he and his family have lived for 30 years. Plaintiff does not want to be here in the courts. Plaintiff has never personally sued anyone and no one has ever personally sued him. Plaintiff is here because of he and his family's long term safety, sanity and wellbeing are at stake for the rest of their lives. Plaintiff and family are desperate to get this nightmare to a jury and behind them.

### a. 34

215)  Plaintiff is bringing this action against his former employer primary defendant IBM, an international company with global sales and services, who has finance a lawsuit prevention protection racket to intimidate, stalk, criminally defamed, harassed, criminally tormented, assaulted and tortured at work and at home while being employed by IBM. Even after retiring in good standing from IBM, IBM has not stopped criminally tormenting and stalking plaintiff using the lawsuit prevention protection racket scheme.

216)     Plaintiff has done nothing to justify this treatment. Plaintiff does not want to be here but he has no choice. Collectively, with limitless funds, defendants and co-conspirators believe they will not be caught and believe that they can sustain this criminal enterprise indefinitely. They have done it for 16 years with funds from an endless revenue stream- their legal businesses.

217)     During this temporary restraining motion, plaintiff will visually outline many RICO international, federal, state and local crimes committed by the lawsuit prevention protection racket funded IBM and Taco Mac. The evidence gathered during subpoenas, depositions and expedited discover will closely uncover additional felony criminal methods use to warrant primary defendants substantial investment into the lawsuit prevention protection racket using legal funds being laundered into organize criminal racketeering activity.

218)     RICO defendants and co-conspirators lawyers are responsible for a sophisticated Professional Criminal Enterprise("PCE") constituted and organized to deprive a plaintiff and his family from their constitutional right to a civil proceeding by a neutral court without plaintiff being allowed to assemble the most competent counsel required to take this RICO civil action to a jury trial. RICO defendants are primarily using a criminal racketeering organization to discourage plaintiff from bringing forward this lawsuit to a court and jury.

219)     The Professional Criminal Enterprise(PCE) has all-encompassing tentacles into international, federal, state and local law enforcement agencies which they use to coerce, intimidate, threaten, extort, bribe or persuade proprietors to act against their own interest by giving unfettered access to plaintiff's hotel room, condo or cruise ship cabins where they spy, film, torture and drug plaintiff.

220)     RICO defendants and co-conspirators, who collectively have limitless funds through their legal business, set out to tenaciously, criminally torment and deliberately violate any criminal international, federal, state or local laws required to achieve their corrupt goal of tormenting and intimating plaintiff against filing a lawsuit. RICO defendants IBM and Taco Mac are using a criminal enterprise lawsuit prevention protection racket to defraud the US justice system. By hiring a corrupt lawsuit prevention protection criminal racket to discouraged, delay or thwart legitimate lawsuits against them. Defendants and their co-conspirators have an incentive to cooperate with each other since they have the same goal to thwart lawsuits. It's an easy sell.

221)     Large and medium size business have a perverse incentive for hiring lawsuit prevention protection rackets law firms who can provide these services. Their clients know that lawsuit

prevention protection racket would be involve using street gangs and mobs' methods but they don't think they will never get caught employing them.


222)   PCE will commit any crime, tell any lie, pay any bribe, intimidate anyone, extort anyone and even use racial profiling as a tool to further their criminal enterprise activities.

223)   Wherever plaintiff goes, he is being surveilled and tracked using his own electronics and other devices by PCE and with the assistance of the co-conspirators.  PCE has the expertise to take control of co-conspirators computers and network, telephones and cell phone networks anywhere in the world.


224)   These bold and appalling perpetrators are deliberate lawbreakers who even stalked plaintiff in the Atlanta Federal Richard Russell building on 10/16/2019 while he was there accessing the US Attorney's office on the 6th floor. They also followed him to through the corridors and elevators to the US District Court Clerk's office on the 22nd floor. Later from the Cobb county Vining's library, they hacked the FBI's website to prevent plaintiff from reporting their many crimes with in the federal building. Who does this type of surveillance of an innocent man in a federal building with its extensive security and ubiquitous cameras?


225)   To further explain how PCE operates, they have hacked the top 5 Atlanta law firm's websites and intercepted calls to them from plaintiff. And PCE knows most lawyers or firms have some

security so if you haven't talked to someone at the firm to schedule an interview, you are not getting in to see a lawyer. The days of walking into a law firm from the street is over. One has to communicate to them first.

226)      For 16 years or 28% of plaintiff's life, PCE has suffocated plaintiff and family privacy and their communications to anyone including counsel. This is why plaintiff is here today. Plaintiff and family are desperately ready to stop the nightmares and move on with their lives. Plaintiffs just want a normal life without defendant's and co-conspirator's criminal surveillance and crimes. Plaintiff wants PCE out of his and his family's life forever.


**227)      Plaintiff has done nothing to justify this egregious criminal behavior. Plaintiff and family do not have a criminal record and have never personally sued anyone. Plaintiff and family do not want to be here but they have no choice but the court system. Collectively, with limitless funds, defendants and co-conspirators believe they won't be caught and believe that they can sustain this criminal enterprise indefinitely. They have done it for 15 years with an endless revenue stream- their legal businesses**


228)      To halt this egregious criminal behavior by PCE, plaintiff is asking the US Court to propose a Temporary Restraining Order which commands defendants (PCE employer) and co-conspirators to cease all surveillance of plaintiff and family, cease all criminal activities of plaintiff and refer this complaint to a US attorney's office for investigation and prosecution of an organized corrupt criminal enterprise designed to perpetrate fraud on the US Justice system.

229)    We suspect this service is being sold in the US by law firms to their well-heal corporate clients who can afford to pay daily, weekly, monthly and yearly expenses to sustain the cost of 24/7 unlawful surveillance of innocent plaintiffs using organize crime activities. Surveillance has been used to plan, plot and commit crimes and deprive plaintiffs their right to competent counsel to litigate legal disputes- fraud on the US justice system and plaintiff.

## 230)   <u>Contemporary Events Memorialized</u>

231)    At home 265 Lynshire Court   Marietta, GA 30064
   a. Being watched 24 hours a day 7 days a week in my home.

232)    Why am I so important? What's the end game?

233)    -Being assaulted with water drops and water paste 8-9 hours a day in my home office and while I work at night.

234)    -Being assaulted with water, water paste gadgets to my back as I walk throughout my home.
   a. Hidden cameras in every room and floor in my home.
   b. Gadgets in my HVAC vents and all room fans.

235)    -My home network and computers have been hacked into. I can't trust anything I look up on my computers.

236)     -My shirts and tee shirts are being sprayed with a sticky substance. Shirts reside in my bedroom closet.

237)     -I occasionally hear movement in and around my attic.

238)     -My house plumbing has modified. I can hear water flowing through pipes with no faucets being turned   on.

239)     -Being assaulted with water, water paste while sleeping in bed and on the couch. Sleep deprived while preparing for third shift.

240)     -home phone and cell phone are being hacked. Phone calls to lawyers intercepted multiple times.

241)     -Lying to my doctor about what I do.


242)     LA Fitness

243)     At LA Fitness Kennesaw, GA Barrette Parkway location.  In locker room and gym, I'm being assaulted in my back with water and by a water paste gadget. Hot air blowing on me while I work out on the treadmill and stepper machine.

244)     LA Fitness management had to sanction cameras and gadgets being installed in their place. Probably, they are not aware that gadgets were installed along with the cameras. Someone with some authority must have made up a lie about me to convince them act against their own interest. These incidents have been occurring for years.

245)     I suspect most of their patrons are aware of what's going on but have been told to ignore what they seen. Otherwise, they would have reported incidents to LA fitness management.

246)     Torture stations at treadmill, step machine and locker room.

247)     What reason did they give to convince LA fitness to allow cameras and gadgets installed with autonomous access?  What

did they say about me to cause LA fitness to believe I'm a problem? What did they tell the patrons about me to get them to cooperate with this hoax?

248)     And more importantly, who is orchestrating these events and why?

249)     Participants

250)     Regular Patrons, Van, Lonnie Arbuckle, Jeff,JR Davis(IBM),Kevin


251)     Stopped torcher in gym early 2016. Started prep me in car before entering gym with liquid substance on my hat/head, legs and shoulder to simulate torcher during workouts.


252)     My car(car of horrors)

253)     I'm being assaulted with water, water paste, tracked by cellular phone GPS with cameras, driver side heated seats turning on without me initiating, drugged causing my nose to run or drip .

254)     More importantly, who is orchestrating these events and why?

255)     Kennesaw battle field for many years.

256)     Regular Patrons harassing me with their dogs. Intentionally, steering dogs into my pathway while I walk or run. Sometimes even causing contact with me.

257)     Reported incidents to park rangers multiple times. They never told me who is orchestrating these events and why.

258)     Participants

259)     Patrons, Kevin, Scott and Julian(IBM).

260)     Trip to Atlantic City 11/17 thru 11/21 for Bill's 50th party.


261)     Thursday flew into Philly. Rented call for Jazz concert New wark,NJ.

262)     After concert drove to,Atlantic City. Picked up Cameo and Troy. Checked into Atlantic City Comfort Inn.

263)     Friday left for NYC. Stayed at Juno house in Queens. Gadjets were there while I slept on couch in his living room.

264)     Left Saturday for Atlantic City. Checked into Marriot Residence Inn. Jerry paid for room.  Prepared for party. After party, Cameo tried to make me turn the wrong way while driving. Got back to room.  While sleeping gadgets in bed.

265)     Sunday watched football at Jerry's house. Bill talked about me being a mystery. Leaving for days without letting anybody know where I going. He never talked about that issue before.

266)     Monday fly home.


267)     Ft Lauderdale for Miami/Pitt game 10/13-10/17

268)     Charlie Brown picked up Vinnie and I at airport. We stayed at Charlies house two days.

269)     Thursday gadgets in his office where I slept for the two days.

270)     Sunday day of the game and tailgate. Bill and Jerry talked about my driving in front of tailgate crew. He had never done that before.  As we walked into game, some lady from the

crowed ask about Cameo. Suspect they were watching us during tailgate. There is no other way she could have noticed us..

271)    Baltimore Ravens(09/11/2016)  and Redskins games(09/12/2016)

272)    Stayed at Sheraton BWI on 09/11/2016 in room #327. Checked in around 8pm.  Found gadgets in room.  Was later drugged to where my legs were twitching. Got hotel to give me room#233. Gadgets later got into room. Eventually left hotel around midnight. Got a room at Hilton Garden BWI room#245. Some how gadgets got in the room. Could not sleep due gadgets. Sleep deprived.

273)    Gadgets in budget rental car. Took car back to airport. Gadgets installed in new car.

274)    How are they getting access to my rooms? What are they telling hotels to act against the own interest? Who could be aiding them in these crimes?

275)    New Orleans Hyatt Regency (6/2 thru 6/8 2016) with wife Rochelle on a business trip.

276)    Gadget in our room when we walked in. Gadgets in my bed, sticky substance in my tee shirts. Shirts just got out of cleaners the day before with sticky substance.

277)    Hotel security commented about the smell of my cigar while in smoking area.

278)    Participant

279) Rebecca Emerson approached me outside in smoking area. We hung out all night/morning in smoking area talking and walking to store.

280) What did they tell Hyatt to convince them to violate their guest privacy and let them to install cameras and gadgets? How did they gain access to our room while we were there?

281) More importantly, who is orchestrating these events and why?

282) Domincan Republic(5/26 thr 5/31 2016)Cameo

283) Santiago Aloha Del Sol hotel(Cameo). Hotel asked about my cigars and being watched while smoking. Stood in front of me while I smoked my cigar.

284) Hotel Riazor(Cameo)

285) Key stolen ,paste gadget in room and sleep deprivation in room.

286) Seabreeze Jazz Fest Panama City Beach(4/21 thr 4/25 2016) Steve Dickens(IBM),Tiffany, Shelia(met on Supercruise in October 2015),Alisa Meekins (IBM).

287) We stayed at Splash condo on the beach.  Sprayed in my back while sleeping in balcony bedroom causing back pain. Sleep deprived all night.

288) How did they gain access to my room to install gadgets and cameras? What did they tell the condo management about me to convince them to allow autonomous access to a guest room?

289)     More importantly, who is orchestrating these events and why?

290)     DC fishing trip 07/29 thru 08/1 2016(Cameo)

291)     Checked into Doubltree Hotel BWI. Gadgets in rooms shared with Cameo.

292)     How did they gain access to my room to install gadgets and cameras? What did they tell the hotel management about me to convince them to allow autonomous access to a guest room?

293)     More importantly, who is orchestrating these events and why?

294)

295)     At Sheraton Old San Juan, PR for Super Cruise 10/20/2015 (Steve Dickens IBM)

296)     Gadgets in room.

297)     How did they gain access to my room to install gadgets and cameras? What did they tell the hotel to convince them to allow autonomous access to a guest room?

298)     More importantly, who is orchestrating these events and why?

299)    Capital Jazz Fest Super cruise (Steve Dickens IBM)10/21 thru 11/1 2015

300)    Fest security watching me while I smoke my cigars on deck. Gadgets in cabin shared with Steve Dickens. Water sprayed on me while in bed while Steve slept in his bed. Sleep deprived all multiple nights

301)    How did they gain access to my cabin to install gadgets and cameras? What did they tell the Capital Jazz and or Carnival cruise to convince them to allow autonomous access to a guest room?

302)    More importantly, who is orchestrating these events and why?


303)    Ilse of Verde,PR

304)    Hampton Inn(11/1/2015)

305)    Gadgets in room.

306)    How did they gain access to my room to install gadgets and cameras? What did they tell the hotel about me to convince them to allow autonomous access to a guest room?

307)    More importantly, who is orchestrating these events and why?

308)    MGM Grand Vegas(9/26 thru 10/2 2015) with wife Rochelle on business trip.

309)    Gadgets in room, hotel security watching me, bartender taking my card out of site.

310)    How did they gain access to my room to install gadgets and cameras? What did they tell the hotel about me to convince them to allow autonomous access to room?

311)    More importantly, who is orchestrating these events and why?

312)    Spirit flight from ATL to Atlantic City, NJ

313)    My seat and wife seat were rocked back and forth from behind and I was drugged on plane.

314)    Who occupied seats behind me on that flight?

315)    Atlantic City Tropicana Casino Hotel 8/6 through 8/10 2015 with wife Rochelle for family trip with her parents and her sister.

316)    Gadgets in room. Sleep deprived multiple nights.

317)    How did they gain access to my room to install gadgets and cameras? What did say to hotel security about me to convince them to allow autonomous access to guest room?

318)    More importantly, who is orchestrating these events and why?

319)    Falcons last home pre-season game 08/30 2015(Cameo and his tailgate crew)

320)    Rick had tickets for the game. Offered me one. On my way to his house, my car seat heater came on injecting some type of drug into my system. Causing me to feel confused. I lost concentration for a couple of seconds.

321)    Finally got to his house. Found two others who needed a ride to stadium so Rick offered my services. While I was driving to the stadium, the two friends were observing my driving habits.

322)    At the stadium, I was being watched by the tailgate crew. Later, I noticed my nose kept running for no obvious apparent reason.  I couldn't get it to stop. Suspect drugging earlier caused my nose to run.

323)    Goons were there observing their handy work along with tailgate crew.

324)    The goons have been working Cameo, his tailgate crew, Charlie Brown Vinnie and Ty to defame and torture an innocent man. Not sure what they got on them to persuade them to assist in the hoax.

325)    More importantly, who is orchestrating these events and why?

326)    DC fishing trip 7/18 thru 7/21 2015 Cameo

327)    Embassy Suite BWI.  Gave Cameo the bedroom earlier. Came back to room Cameo was sleeping on cough. Later noticed gadgets in room. Sleep deprived multiple nights.

328)    A girl from Philly approach me while I was smoking a cigars. She was in town for a family reunion.

329) How did they gain access to my room to install gadgets and cameras? What did they tell the hotel about me to convince them to allow autonomous access to a guest room?

330) More importantly, who is orchestrating these events and why?

331) Took greyhound bus from ATL to Birmingham, AL. 7/12 2015. Left ATL at noon. Arrived in Birmingham around 4pm. Didn't tell no one where I was going.

332) I suspect at least three followed me on bus.

333) When leaving bus station, I noticed I was being watched. Suspect Birmingham Sherriff Department had been called about me being in town. Walk to a restaurant. Had a beer and had restaurant call me a cab. Syrian Yellow cab driver showed up to take me to a hotel. He asked a lot of strange questions about what I was doing there. How long was I staying. What I did. Mostly in a interrogative tone. As if someone told him I was there with bad intensions. What did they tell him about me? . Strange.

334) I registered in Laquinta Inn Homewood,Al 7/12 2015. Walked to Landry's Restaurant for dinner. Suspect they were in there watching me. As I walked back to hotel, I was shot in my back by a gadget .

335) Got back to hotel . I noticed Birmingham Sheriff car in lot. Got in room. Called cab to take me to Walgreens. Either African or Caribbean Yellow driver showed up. Back seat was loose so I

slipped down in seat. Where I was poked and drugged on the way back to hotel.

336) Got back to hotel room Gadgets were in room. Sleep deprived all night.

337) How did they say to gain access to my room to install gadgets and cameras? What did they tell the hotel to convince them to allow them autonomous access to guest room?

338) More importantly, who is orchestrating these events and why?

339) Hampton Inn Buford Hwy ATL 06/2015. Needed a room to make calls to a lawyer or private investigator

340) Started day at LA fitness Buckhead ATL. Left my bag,phone and mp3 player in locker locked. Took subway train Brookhaven and bus to Doraville and walked to hotel. Tried checking into hotel but girl at desk said room wasn't ready yet. Waited one hour before they gave me key to room. Got in room and noticed gadgets were there. Tried calling lawyers I looked up earlier at guest computer. Got someone who didn't sound like a lawyer. Why would Hampton Inn allow them to intercept my phone calls through their phone system.

341) What did they say to gain access to my room to install gadgets and cameras? What did they tell the hotel about me to convince them to allow autonomous access to a guestroom?

342) More importantly, who is orchestrating these events and why?

343)    Seabreeze Jazz Festival  04/2015 (Steve Dickens  IBM)

344)    Stayed at Tidewater condo. Kept telling us room wasn't ready when we arrived. Didn't get into room until 6pm.  Got in room.  Noticed gadgets in bunk bed room. Sleep deprived multiple nights.  Room key  got stolen twice while I was there .

345)    Reported stolen key to Panama City Beach authorities and Tidewater security.

346)    Brother Ron came in from DC with his girlfriend.  The stayed a couple days with us.

347)    How did they gain access to my room to install gadgets and cameras? What did they tell the condo management about me to convince them to allow autonomous access to a guest room?

348)    More importantly, who is orchestrating these events and why?

349)    In Miami for Dolphins football(11/15/2015)

350)    Thursday night stayed with friend Charlie Brown house in Ft Lauderdale, FL .  Gadgets in bedroom I slept in. Next day, was asked how I slept jokingly. Vinnie asked for cars keys for no reason.

351)    Friday moved to Hyatt Regency downtown FT Lauderdale for weekend.  Gadgets in bedroom that Vinnie and I shared. Sleep deprived while Vinnie slept in his bed.

352)    How did they gain access to Charlies house and hotel room to install gadgets and cameras? What did they tell the hotel management about me to convince them to allow autonomous access to a guest room?

353)    The goons have been working Cameo, his tailgate crew, Charlie Brown Vinnie and Ty to defame and torture an innocent man. Not sure what they got on them to persuade them to assist in the hoax

354)    Participants

355)    Cameo, Vinnie, Charlie, Bill  and Jack.

356)    Bars and restaurants  where hoax has plaid out.

357)    Toco Mac Dallas Hwy Marietta,GA(primary suspect of hoax)

358)    Liz-bartender

359)    Eric- bartender

360)    Derrick-manager

361)    JC-kitchen manager

362)    Mark Steele-patron

363)    Bart-neighboor/patron

364)    Keith (Tyrone) Gates

365)    Brad-patron

366)    Brit-patron

367)  Nick's Greek restaurant Whitlock Ave Marietta, GA
368)  Fargo-bartender
369)  Betty-Bartender
370)  Carlos-bartender
371)  Nicky-bartender
372)  Kim-bartender


373)  Doc's Bar and restaurant Smyrna, GA


374)  Dave-manager
375)  Ellen owner of Doc's
376)  Christen bartender at Doc's
377)  Lisa bartender
378)  Clifton patron
379)  Gus patron
380)  AB a patron(worked for IBM)
381)  Mark Steele-patron
382)  Keith (Tyrone ) Gates


383)  Dugans Bar Ponce Deleon Atlanta, GA
384)  Forbes-bartender
385)  Monday morning bartender
386)  Sports Grille Austell  Road Austell,GA
387)  Vinnie-patron
388)  Little Vinnie-patron
389)  Karen-bartender
390)  Red Lobster Austell ,GA
391)  Dee –bartender/manager

392)    Participants

393)    Steve Dickens (IBM) 919-247-3716. Primary participant at work, vacation. Knows who is doing hoax and cameras in my house, knows gadgets in my hotel room etc..

394)    Bill Taylor (IBM) 770-329-1544 Primary participants at work, vacation, Knows about cameras in my house,

395)    Alisa Meekins(IBM)678-481-6622. **

396)    Lonnie Arbuckle(IBM/LA fitness)Primary participant in hoax. Knows who doing,that they are in my house with cameras,GPS my car..etc

397)    Jeff(IBM/LA fitness)Primary participant in hoax daily. Knows who is doing it,that they are in my house with cameras,GPS my car..etc**

398)    Ed(manager IBM) 678-640-9736 Toco Mac

399)    Hiawatha Anthony(manager IBM)

400)    Diana Olson(IBM manager)

401)    Gerald Miller(IBM/team lead)

402)    Scottie White(IBM)919-264-8209

403)    Fred(IBM) 845-464-7517

404)    Tyrone Mcdowell(Devry/DC)443-570-6701. Got in trouble with law a couple of years ago. Agreed to cooperate with hoax. Known for over 30 years.

405)    Walt(DC) 202-425-4080**

406)    Cameo(high school buddy) 770-329-4533.  Got in trouble with law years ago. Agreed to cooperate with hoax and included tailgate friends to help out. Known for almost forty years.

407)    Bill(Atlantic City) 609-233-3917**

408)     Vinnie(high school buddy)678-437-2723. Got in trouble with law. Agreed to participate with hoax. Also, enlisted friends to help out with hoax. Known for over forty years.

409)     Charlie Brown(high school)754-422-4438**

410)     Anthony Robinson(high school) 843-819-0651**

411)     Jackie Boy(high school) 843-471-9325

412)     Smitty(barber) 843-744-6951**

413)     Bart(neighbor) 770-713-3373

414)     Kim(barber) 678-873-2590

415)     Jenard Wright(brother)

416)     Ronald Cooper(brother)

417)     Tyrone Starwood(trainer Midtown)

418)     Jason(trainer Midtown)


# 419)  Police Report Plaintiff Filed with Cobb County about Defendants having unlawful access to his home:

**INCIDENT/INVESTIGATION REPORT**

| | |
|---|---|
| Agency Name: Cobb County Police | Case# 15-03251J |
| ORI: GA 0330200 | Date / Time Reported: 04/12/2015 09:15 Sun |
| | Last Known Secure: 04/12/2014 09:15 Sat |
| Location of Incident: 265 Lynshire Ct, Marietta GA 30064- | Premise Type: Residence/home   Zone/Beat F, 513 | At Found: 04/12/2015 09:15 Sun |

**INCIDENT DATA**

| # | Crime Incident(s) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|
| #1 | Person Down/person Injured/emotionally Disturbed Person - 9021 (Con) | Entry | Exit | Security | |
| #2 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |
| #3 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |

MO

**VICTIM**

# of Victims: 1   Type: INDIVIDUAL( NON LE )   Injury:   Domestic: N·

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | WRIGHT, DARRYL EVERETT | 1, | 12/19/1963 Age 50 | B | M | 1RU | Resident | |

Home Address: 265 LYNSHIRE CT SW , Marietta, GA 30064-   Home Phone 770-499-2245
Employer Name/Address:   Business Phone   Mobile Phone 404-307-5334

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL( NON LE )   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | WRIGHT, ROCHELLE L | | Age 50 | B | F | | Resident | |

Home Address: 265 Lynshire Ct Sw  Marietta, Ga 30064   Home Phone 770-499-2245
Employer Name/Address:   Business Phone 404-842-8235   Mobile Phone

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

Home Address:   Home Phone
Employer Name/Address:   Business Phone   Mobile Phone

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Officer/ID# BONNER, S. T. (NLE, NLE) (0042) | Supervisor MASON, K. B. (NLE, NLE) (0081) |
| Invest ID# (0) | Case Disposition: |
| Status   Complainant Signature | Case Status Exceptionally Cleared 04/13/2015 | Page 1 |

R_CS1IBR   Printed By: TISDAC, 6122   Sys#: 253637   01/28/2020 08:44

**420)**

## INCIDENT/INVESTIGATION REPORT

*Cobb County Police*

Case # *15-032511*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE (NO BIAS)*

NARRATIVE

I met with Darryl Wright at his home, 265 Lynshire Ct.  He stated that over the last year he believes that unknown forces placed a device in his basement to cause him to be sick.  He stated that his nose runs and he gets headaches and numbness in his face.  He stated that he went to the hospital, saw his doctor, and went to a neurologist last week and they could not find anything wrong with him.  He said that he also thinks someone put a gps tracker in his car to track his movements.  He stated that there is no reason for someone to have issues with him but he believes that the corporation that runs Taco Mac restaurants is behind the devices.  I asked if he has located any devices and he stated that he has not, but he continues to look.

His wife, Rochelle, was home and I asked her if she had any of the same concerns that Darryl did.  She told me she doesn't go to the basement so she hasn't felt anything.  I asked if Darryl was on any medications and they said no.  I asked if he was under any psychiatric care and he is not.

I advised Darryl that the most important thing was for him to get help from the doctors and get a proper diagnosis for what's causing the symptoms.  I told him that if he locates any devices he should call us back and we would investigate further.

**421)**

On April 10th 2019 at 05:30 Am, I was restraint ~~on my coll~~ And ~~Attacke~~ while I lay sleeping. I could not move my head, ARMs or legs. The ASSAult lasted for 3 to 4 minutes. As I came ~~out of my~~ BAck to conscious, I could hear one of my basement door open than shut. I am not sure which. However, I am sure It was the main yard door. There were two individuals. One stood in front of ME And the other stood behing with his or her hands over my eye lids. I am not sure how they are getting IN And out of my house ~~Gad Avot~~ at will and Avoiding my 20 camera System. This was the 5th Assault this year.

Darryl L. Wray

**422)**

6-20-2019 - Assault and restraint and threatend
with smoothering.

Woken up at 12:45am - not sure why.

Swapped left side of couch for right side of couch
Got up used the bathroom. Got back to couch.
Feel asleep off/on. Around 2am to 3am frequently
falling in/out of sleep. Around 3am, noticed my hands
and legs restrained. Unable to move. fell asleep again
Quickly woke back up. Hands and legs restrained.
Got up to go to restroom. Swapped to left side of couch.
Around 4am, feel in and out of sleep. Around 4:20am,
I noticed restraints on my arms/legs as my hands
were locked. Feel in and out of sleep. Around 5am, I
noticed a spider like metal restraints being
cast on/off of me. Restraints were long and expded.
Restraints from couch were also deployed. Totally
restrained. During this process I was showered
bag or masked implying I could be suffocated
during this process. This process wrent on
until 6am on/off. I could hear the metal
restraints being deployed each time along
with the bag or mask. finally got up
at 6:10am too.

**423)**

⸮   ⸮ ⸜⸝⸂⸃⸀⸁

---

## Sheraton
1 message

---

**James Simmons** <jaysimmonsa@gmail.com>
To: James Simmons <jaysimmonsa@gmail.com>

**Spied on at three Sheraton Hotels four times**

-

To whom it may concern,

My name is Darryl Wright. I live in Marietta,GA. I am 54 years old man. I have been workin
married for 30 years. I have two adult children who are college grads. I have never been ar

For the past decade I have been hounded by a detective agency that has created a fictiona
surveillance in my home, my car, at hotel rooms, restaurants and at work.

To maintain this sustained surveillances, they have created a fictional character used to co
committed in a hotel. The local authorities then convince the hotel to give them total acce
Once they have access, they plant hidden cameras and gadgets in my room used to let me

They have used this process many times over the years. Most times, I stay at a hotel once :
privacy. No crime is never committed so no foul for the local the authorities.  These tactics
It travels well. They are very good lies.

However, my privacy has been repeatedly violated over the years.

For your Sheraton hotels this has happened four times at three locations.

On January 4, 2018, I checked into the Sheraton Santo Domingo room#620 under reservat
**424)**  George Washington Avenue Santo Domingo,102-05 Dominican Republic.

I left my room to purchase toiletries. When I returned, I was being pounded with water paste shots to my sho

This happen at this same hotel in August of 2017. I checked in on Aug 30 and checked out on Sept 4th 2017. I

it happened at the Sheraton Baltimore Washington International Airport on Sept 2016. I came to town for the
Bills football game. I later checked out and checked into BWI Doubletree where the same tactics were used.

This happened in October of 2014 at Sheraton Old San Juan where I stayed days before a Carnivals cruise.

I am writing to let you know what's happening to me at your hotels. You are not the only hotel they have use
done this to Marriott, MGM Grand Casino in Las Vegas, Tropicana Casino in Atlantic City. Many others.

If you would like to discuss these incidents further, I can be contacted by the information below.

I suggest you contact me via certified mail only to not alert the detective agency that you have been contacte


Darryl Wright

265 Lynshire Court

Mareitta,GA 30064

Home=770-499-2245 cell 404-307-5334


**425)**          2 of 2

Date: March 7, 2018 4:18:43 PM EST

Dear Leader,

The following customer issue was reported to Marriott Customer Care. This message is intended for internal communication only. When addressing the concerns presented, please do not forward this message to Darryl wright or any individual acting on behalf of this guest.

Darryl wright has been promised a response within three business days. Please address the concerns presented and communicate your response to Darryl wright . Then, reply to this email and include the Case Number (19029498), the resolution offered, and if applicable, include any actions taken or compensation offered. Once you have submitted this information, the corresponding case will be closed without additional contact from Customer Care.

My name is Darryl Wright. I live in Marietta,GA. I am 54 years old man. I have been working for my employer for 34 years. I have been married for 30 years. I have two adult children who are college grads. I have never been arrested therefore I have no criminal record.

For the past decade I have been hounded by a detective agency that has created a fictional character. I have been under 24/7 surveillance in my home, my car, at hotel rooms, restaurants and at work.

To maintain this sustained surveillances, they have created a fictional character used to convince local authorities that a crime will be committed in a hotel. The local authorities then convince the hotel to give them total access to my rooms in anticipation of a crime. Once they have access, they plant hidden cameras and gadgets in my room used to let me know they are there.

They have used this process many times over the years. Most times, I stay at a hotel once so it is no big deal for the hotel to violate my privacy. No crime is never committed so no foul for the local authorities. These tactics have been successfully used at many venues. It travels well. They are very good liers. And You know they are filming for their clients in your hotel. Also, my date bypassed lobby security twice that week. I suspect she had help to do this. Why would you turn your hotel over to thugs and liers.

However, my privacy has been repeatedly violated over the years.

For your Sheraton hotels this has happened four times at three locations.

On January 4, 2018, I checked into the Sheraton Santo Domingo room#620 under reservation ##-### ##########. Hotel is located at 365 George Washington Avenue Santo Domingo,102-05 Dominican Republic.

I left my room to purchase toiletries. When I returned, I was being pounded with water paste shots to my shoulder, back and head.

This happen at this same hotel in August of 2017. I checked in on Aug 30 and checked out on Sept 4th 2017.

**426)**          2 of 4

I was there for vacation.

It happened at the Sheraton Baltimore Washington International Airport on Sept 2016. I came to town for the Baltimore Ravens/Buffalo Bills football game. I later checked out and checked into BWI Doubletree where the same tactics were used.

This happened in October of 2014 at Sheraton Old San Juan where I stayed days before a Carnivals cruise.

I am writing to let you know what's happening to me at your hotels. You are not the only hotel they have use these tactics. They have done this to Marriott, MGM Grand Casino in Las Vegas, Tropicana Casino in Atlantic City. Many others.

If you would like to discuss these incidents further, I can be contacted by the information below.

I suggest you contact me via certified mail only to not alert the detective agency that you have been contacted.


Darryl Wright

265 Lynshire Court

Mareitta,GA 30064

Home=770-499-2245 cell 404-307-5334

Below you will find the reply from my complaint they sent me. I am sure they are not a part of your oraganization.

Dear Mr. Wright,


Thank you for contacting Starwood Hotels and Resorts. My name is Emilio and I am reaching out to you to address your concerns for your reservations at various hotel on behalf of Consumer Affairs Executive Division.


I certainly understand your disappointment and we appreciate the feedback you have provided.


I would like to take this opportunity to speak with you directly regarding this matter. May I ask you to provide a contact phone number and a suitable time to call you, please.


We look forward to hearing from you.


Best Regards,


**427)**

**428)** <u>**Other Contemporary Notes by Plaintiff**</u>

Spied on at ~~thre~~ Sheraton location 4 times

On January 4th 2018 I checked into Room Sheraton Santo Domingo in Dominican Republic. My room equiped hidden cameras allowing a private detective group to Spy on me. That group also inlist a Dominican woman name Yescie to befriend me.

To whom it may concern;

My name is DARRYL WRIGHT
I live in Marietta, GA
I am 54 years. I never been arrested
therefore I and don't have criminal record
I have been married for 30 years
with two young ad.
We are blessed to have two young adult
who both graduate from college
I have worked for my company for 34 y
For past decade I have been hounded
by a detective who has been follow
me telling many lies about. They use
The hire by my employer IBM
I have been under
24/7 survelence in my home,
car work to prevent me from
working. All my devices (both cell
and home) have been monitored
laptes and home network have
hacked.
To maintain this they surveilence
they have create a fiction

429)

and use that character to gain
authonanous access to my rooms
when I ~~that~~ travel.

~~To to~~ I am not sure exactly
what the are telling hotel owners
but what ever it is it travels
well. I suspect they convince
the local Authorities that I a
crime is will be committed.

Local authorities convinced
the hotel to give them (defective)
complete access to my rooms.
where they install hidden cameras
and gadgets ~~tot~~ which they use

to make sure I am aware ~~that I am~~
being watched. They Even take over
the hotels telephone systems

This has been going on for years.

However they have repeated this MO
at three of ~~ho your~~ hotels. ~~Sherak~~

Sheraton Santo Domingo ~~twice.~~
Once ~~1st~~ first ~~time~~ was Sept of
2017 and again on ~~Jan 4th~~
2018.

Before it was done at Sheraton
BWI Airport on Sept 2016.

**430)**

I bend to s

I was there to see the Baltimore/Buffalo
Bills game and the Washington Redskins
Pittsburg game. I later drove to
the BWI Doubletree hotel where
they performed the same crimes.

Another An older event took place
at the Sheraton old San Juan
where I stayed for a Carnival
Cruise I would embark on.
They deployed the same tactics.

Before my recent trip I setup
dates with several dominican women
After arriving, both had reasons why
they could not met with me, I called
up one of my old So I met with
one of my old girlfriend on Jan 4
On Jan 5 friday I walked as I
usually do I walk to the ET Conde
Got a manicur and headed back to the
hotel. I stopped at a popular restaurant
called Taccos. As soon as I walked
through the door, a woman caught my
eye and I here, I sat at the bar
and ordered something to eat. She later
come found sat near me. We talked
She told me she worked, was in school
and had her own place. What she
told me was real. Since I have been
coming to the DR. I utilize, it was the Profil
I used when search the Dominican cupid
website I would at once complete into

431)

I invited her to me hotel. As we got to know each other, I began to reconize her from an encounter two years ago. She had been to the Two years ago any buddy Cameo and I were leaving ONNO's around 4 Am when she was there waiting. I rember leaving the nightclub walking out of the nightclub when I noticed this girl looking at my Dick. I thought it was strange but we were leaving. Then I knew she was a prostitute.

She stayed with me the entire weekend. At least twice she eluded the hotel, hotel security some how to get to the elevator. If you a familier with the hotel security and lobby, they have multiple pesonal guarding the access to the hotel elevator. On the Saturday Jan 6 she got to the elevator without scrutiny. She called me on the hotel phone my room using the hotel phone at the elevator. She did the same on Sunday Jan 8th. We had been texting the entire time. I concluded that she wanted to avoid checking into the hotel and presenting her credentials. She did passes her credentials on Friday Jan 5. I suspect she worked for the private investor and did not by the questions she asked and her want to be observations of me. detected. To get to the elevator is not easily done I suspects she had help in the lobby.

**432)**

I invited her to me hotel. As we got to know each other, I began to recognize her from an encounter two years ago. She had been at the Tug years ago. My buddy Cameo and I were leaving ONNO's around 1 Am when she was there waiting. I remember leaving the night club walking out of the night club when I noticed this girl looking at my Dick, I thought it was strange but we were leaving. Then I knew she was a prostitute.

She stayed with me the entire weekend. At least twice she eluded the hotel hotel security somehow to get to the elavator. If you a familier with the hotel security and lobby, they have me (tpp personal guarding the access to the hotel elevator. On H Saturday Jan 6 she got to the elevator without security. She called me on the hotel phone my room using the hotel phone at the elevator. She did the same on Sunday Jan 8th. We had been texting the entire time. I concluded that she wanted to avoid checking into the hotel and presenting her creedantials. She did passes her creedentials at the hotel Friday Jan 5.

I suspect she worked for the private investig and did not by the questions she asked and her want to be observations of me.
detected to get to the elevator is not easly done. I suspects she had help in the lobby.

433)

ROARING SPRINGS

Insert

Vincent Stevens 678-437-2723 hoax

Yessi 844-407-4670 = worked with investigator at Sheraton hotel

Cameo 770-329-4533 hotel rooms

On Jan5 on the morning of Jan 5 I Friday
woke up with heart excellerate, my
stomach and midsection heat because
of bed being heated. Gadgets in the bed.

Again . fart on the morning of Jan Sunday 7th

I was in bed with Yessie. She noticed
I could not sleep.

On Saturday Jan 6th I worked
from my hotel room. While sitting
in front of my laptop, my feet were
being tingled/being shot with paste
on my back and side.

**434)**

seat to steam paste unto my back
causing a stain on the back of
seat. Damaged drive side seat today. took pictures
of Damage. A blue haze seems to have coated
entire drivers seat.

10/2017 Thurs  work  ~~second~~ 2nd shift
10, 11, And 12. Was torture from
4pm to 12pm with paste balls being
Shot into my shirt continuosly
Every day.

08/15/2017 Tuesday
Was plastered by sticky paste while driving
into work. Later in the day I start to
feel the stickness.

8/16/2017 WED
Was plastered with paste while driving
into work from gym. Got cramps and
Gas at 4:00pm. Lou and Scott
came over  Ron in morning #9:00
Scott in Afternoon around 4:00pm
talked about Retirement, Judith
Christine

**435)**

08-17-2017 Thursday

Got woken up at 2:30 am. Torture was debris flying through air around my nose and mouth. Left for gym at 4:41am. While riding to gym, I was douse with a substance cause gas and cramps. While driving into work, I was plastered with paste on my back and shoulders. Got cramps around 4pm.

Ron came over at 8:30am

Scott around same time from breakfast

Saw Willy on my way back from my walk

08/18/2017  Friday

At home was woken up at 1:30 am by on my couch throbbing feet, debris flying around my face and paste being spayed on my back. Switched end of couch my ___ must has got in contact with ___ my arms start throbbing for a ___ minutes. Left for work at ___ ___ substance causing gas and ___ ___

436)

After working out at LA fitness, I drive to work IOM
AS I'm driving my, A paste is being press on my back shirt
through my seat drivers seat. Causes poppy on my back
throughout the day.
   Scott came over around 11:57 am to ask what happen
      on PMR 3656S, L6Q. Maybe innocent
         Being survail at work too.

7/12/2017 WED   Douse via my drivers side seat and back

On way into work in my car, I douse with paste on my
back that causes stinging over time.


7/13/2017 Thur.   Done via my drivers side seat and back
On my into office in my I was douse with something
that causes gas and acid reflux. Either with my under
wear or clothing.   Something sprayed in my hair
which cause puffing while I was seated in my car

7/14 Fri 2017 FRE   Done via my drivers side seat and back
On my to LA fitness I'm being sprayed by a substance
that cause gas while I on the treadmill in the gym.
On my way to LA fitness I was sprayed on my legs,
under my I and my side with a substance
that cause my legs to sting throughout the day, my back
to sting throughout the day. Douch IP can stop spraying
Pictures at 615 am

**437)**

Ron and Scott came over around 9:00 am
Asked what I was doing. Whether I was dialed into box.
Phil around 10:00am Asked about any change in A/P
Formulation. TXT vs A/P. Meta -TL

7/15/2017 Sat

8:15 laying on couch, legs stinging and throbbing

Paste shots to my back.

Working from home today.

Still During — While working from

I was repeatly shot with paste to the
back of my BMW shirt. When I change
Shirt, it was full tiny paste shots.


7/16/2017 Sunday
Didn't noticed much besides being shot
with paste balls time to time.


7/17 2017 Monday
Not much during ride into work today
However something was put in my hair brush
which cause popping around my head.
underware feels sticky causing gas. Had to bare
gone while I was sitting in my drivers seat
on the way into work. Back of shirt is sticky
w/ paste. Gas easier. Bowel movement a 4:30pm

**438)**

Thursday

On drive into LA fitness gym was DOUSE by a substance that causes GAS and Cramps while working out on treadmill.

On drive into work, WAS DOUSE by a substance that CAUSE GAS and Cramps for 8 hours. Plastered with paste to BACK, shoulder And sides.

feet was sprayed with something that stings. On and off.
Something splayed on head cause intermittent popping around head and face.

**439)**

While at work got gas and cramps. Around 4pm, more gas and cramps.

08/22/2017 Tues

Drove into work from home was plastered with paste to my back. Also substance applied to my underware causing gas. Ran into Scott after my walk while sweating from the walk. Saw him near bathroom. J. talked about Bankhead court

08/23/2017 WED

Was woken up a 12:30 Am being tortured with paste balls sprayed on my back, airshot to my feet under my comforter blanket. Drove to gym, was douse with substance causing gas while I worked out on treadmill. While driving into work was plaster through my back shirt with paste and shoulder was douse with substance causing gas.

**440)**

08/27/2017  Sunday

Got Woken up at 7:44 with my feet throbbing and debri flying around my face. Water droplet shot at my mouth

08/26/2017  Saturday

Drove to waffle. ate and returned with stomach cramping causing bowel movement.

08/29/2017  TUESDAY

Drove to gym, had gas while running on treadmill. Drove to work. Was plastered with a paste causing poppins on my back

Was woken up at 11:03 pm with less throbbing and debris flying around my face.

**441)**

08/30/2017 WED

Was tortured from 11:03 pm (Tues) until
4:10 am with throbbing legs, flying debris
and sharp thin shots to my feet under
my comforter. On the drive into gym, I
was douse with substance causing
gas while working out on treadmill.
On drive into work, I was plastered on
my back with paste causing popping
while at work and gas

**442)**

08/02/2017 WED

Woken up at 2:00AM tortured until 04:30AM
Comforter and couch shooting paste from couch
and from comforter on my couch with
IP cam snapping. Got in LA fitness
around 5:50. Felt gas and cramps while on
treadmill. Drive into work was plastered
with a paste on my back and underware
around 4:00pm felt cramps and gas. Took my
walk outside. Notice Willy was waiting
on my return to my desk. Gave
me fist bump as we walk to our desk.

08/03/2017 Thursday

Same as WED exept I was woken
up a 12:19Am. Tortured until 4:00Am
on my couch.
While driving into work, my back
was plastered with paste. Around
4:00pm I felt cramps and
gas.

**443)**

08/04/2017 FRI

Woken up at 12:30am with debris flying
Around Room causing me to cough
multiple times. loof
Tortured until 04:00am.
Left for LA fitness.

On drive into work, was plastered with
paste all over my torcel and back.
Ron & Scott crone over fist bump.

08/05 2017 SAT worked from

Tortured with paste shot to
the back of shirt and arm
through the entire 8 hours worked

08/07/2017 MON

Road into work from home. Was
plastered with paste on my back and
my underware. Causing stickyness.
At 4pm got cramps and gas. Saw Willie

**444)**

6/19
2017
MON

Vinnie suggested I show Robbie my girly pictures in the Grill. Robbie got there before Vinnie. Sat Next to me. He didn't think Vinnie was coming to grill. Guess wanted to get me one on one. In my car. I was Dgus with a substance that caused gas then bowel movement in my

6/20

was woken up at 12:30–1:00 by someone (basement) Felt in and out of consciousness in

~~~~~~~~~~~~~~~~~~ was ~~~~~~~~~~~

~~~~~~~~~ while I slept. Had a dream about Seeing strangers in my house. Had the first time.

Work

Rocky 9:30am Ask about my ACE alert sound Julian + Scott came over. Viewed 911 photo of Someone he knew. look in his phone at photo

6/21
2017
WED

was woken up at 12:30am by something Later, Fell in and out of (basement floor) sleep while being } torture dreamt about meeting my tortures between 2:00am to 9:00am. IP cam was shopping photos and go ADT mobile cam. Torture while sleeping ON Couch.

Work
5:15pm Manager came by at 9:30pm Jerry Ashley + I knew cabinet was closed? 3:00pm Ashley + I knew cabinet was closed? Scott came 10:49 waiting tables?

**445)**

Filming continue...

torture until 04:30 AM. Never could get back to sleep. Got up and drove to the gym. While drive I was douse with a substance in my underware pants that cause cramps and gas.

On drive to work, I was douse with tg quick drying liquid to my underware back of shirt and head or hair.

7/30 Sunday couch IP CAM Reset 3 times while I was in front of it.

7/31/2017  Monday
My back shirt was plastered with paste while driving into work from the gym
my underware douce with substance
that causes cramp, gas.
Judith stop by for about 25 minutes to talk
Scott came by twice for me to show how to dial into a DSK.
As I was riding home, water droplets were being shot to my arms, hands

**446)**

447)

7/27 2017 Thurs

Was woken up at 12:30 AM while sleeping on my couch in my media room. Was tortured from 01:00 AM until 4:00 AM with throwing feet, particles swirling around my nose and mouth cause me to cough, paste spread on my back shirt. Not able to go back to sleep. Later something while I was falling in and out of sleep something was put on my appearing weigh my head down. Couch IP cam gotten taking pictures intermittently.

While driving into work, was douse with sticky paste on my arms, back and hit. I felt it after my walk.

I asked about my conforted. Suggested getting new one. Saw J at Kennesaw Buttlefield with his dog a couple of years ago. Ie at LAfitness last year

7/28/2017 Friday

Was woken up a 23:30. Torture with stinging to my legs feet via shit falling out of my comforter and through the base of my couch liquid that dries fast to my arm and shoulder

**448)**

④

7/5 2017 WED    Emys trip to Baltimore me and
Cameo

(7/6 2017 Thurs [worked from home]
Was woken up at 6:45am by something. IP cam
~~Log at 7:30~~ Was tortured with my
leg throbbing and pose being shot to my back
on the couch. IP cam caught me sleeping.
Got up around 6:15am.

Logged on around 7:30am.
I was tortured with paste gnats to
the back of my shirt/back. Paste later
harder areas of my shirt that were target
low back, both shoulders and front
shoulders. Suspect inner has shooters
Took a shower around 3:30pm.
In cam on way to airport for my fishing trip
to Baltimore. Flight left at 6:50 pm
Arrive in BWI around 8:00pm. Picked up car
at Alamo rental around 9:30pm.
Headed to Jimbakthu Seafood Restaurant around
10:10pm. Cameo and I ate until around
11:00pm. Checked into BWI Double Tree Hilton
Room # 652. Change into nighties. Went
down stairs to smoke a cigar. After while
smoking outside. Pilots and stewardess
were arriving. Smoke a couple of puffs.
Came sitting at bar with a couple of other
Black guy to our left. Kept talking to.
us about Castro in France, Black guy
and his black and mild seance wanted me to
with him with sixtures. No words
closed out 1:00am. We head to room.
~~sleeping~~ noticed gasses in my bed went

**449)**

7/7 2:12 ~~Thurs~~ Friday. Trip to African American
museum with me and Cameo

We get up around 6:00 AM. I get breakfast
at Double Tree restaurant. Cameo was
too full from previous night to eat/didn't
eat. We usually take train into Union Station
but Cameo suggested taking car into DC and
park. ~~Train~~ I drive ~~for~~ During ~~drive~~
In I'm being tortured by ~~this~~ the pulling
of my shirt and tingling of my ~~ear~~ ears
in new rental car gone too.

Arrive at museum around ~~9:00~~
Enter museum around ~~9:00~~ spend from
2:00pm and have lunch with ~~my~~ Gwen.
friend from highschool.

Leave DC ~~around~~ 03:30 ~~to~~ Baltimore ~~head~~
Camden Yards. Arrive around 4:30 to meet
~~At city~~ Bill who got room for $79 00 a night.
Check in (room/motel) Went to see Tyrone. Bought
some 1738 to house. ~~Talk~~ and told old
stories. Leave Ty ~~house~~ around 10:20pm for
hotel. Arrive at hotel around 11:00. Walk
down to Cheesecake ~~eatery~~ which closed early

Cameo    walked back to ~~room~~ to call Uber for
noticed    ride to Horseshoe casino. Hangout there
my gopro    until 2:30pm ~~casino~~ 7/8 Took Uber back to
(camera was    hotel. Slept until 6:00 am. Bill left to stay
recording)/was    ~~noticed~~ Gadgets in bag while sleeping.

~~7/8~~ 7/8 2017 Sat. ~~We~~ Uber to Solomons Island
for fishing ~~on~~ w/ Captain Brian. Boat
~~leave~~ Leave at 1:30
While on ~~boat~~ ~~home~~ we left, Ty asked about
my gopro. ~~I never mentioned it to~~
him. ~~I~~ ~~now he found out~~

**450)**

Boat leaves around 1:50AM. We catch lots of
fish. Filmed with my gopro. Around 5:30
I start to drink and smoke a cigar.
Captain Brian ask for a cigar. He had never
asked before. Gave him the cigar Bill gave me.
We leave Solomon Island around 7:20. Arrive
at hotel around 9:00. Put on different cloth.
No shower taken. Suggested by Cameo. Walk down
Lombard Street towards Inner Harbor. As we
approach Ferry Wars Suk shakes he braged
at me. I thought that was strange. Just
suspect she was trying to sell her body.
Enter Cheesecake Factory this guy Lotu I didn't
known too, comes up his back. He didn't
response, while in Cheesecake, I see him
a number of times. In the bar and other
areas of the restaurant. I sit at the bar
to begin to order, Cameo calls me to say he is
upstairs at table. We order and eat at Cenoio
PIZZA. We get back to hotel, notice girls on
street & I suspect they are selling their bodies
at 1:30 am in the morning.
We get back to room. Cameo falls to sleep
immediately. I put on my nighties and
smoke a cigar outside hotel portel.
Walk back to room and fall asleep. Noticed
Gage in bed.

7/9/2017 Sunday Ty's Fishing at his house. and Allison
Arrive at Bill returns to hotel from his sister's
house. I'm walking on treadmill until
at hotel. Cameo taking shower.
We leave at 12:15 for Ty's house. Nothing extraordinary
happen when there. We leave around 10:00AM to

4) We get up to room. Bill left something in car. Camro and Bill go back down. I got my nighties and make me a drink. Checked for my cigars, found none. I did put my cigars in my bag before we left the car. So I go back to garage to check car. None were in car. Came back to room, Bill became? Asked if I went back to car for cigars. Not sure how they know that since they weren't there. I said yes I checked my bag. Cigars were there this time. Got the impression someone wanted me to go walk street to car ouca more.

Took my drink and cigars down to hotel porch. Saw a guy just sitting there doing nothing. Noticed him before when I went to the car. Sat near him to smoke my cigar. After lighting cigar and smoking he gets up and walk in front of me then dissappears.

Later someone from hotel comes out and pushes vaccuum rug near me. Strange for 12:00 midnight. I smoke a little more. Head back to room. Camro and Bill still cloth. I jump in bed.

7/10 the 2017 Monday. We leave for home

Get home safe after take train to Art Station and to CC = Marietta. Uber to home using my driver Jeffrey in Hyundai Elantra D___2. He asked a lot of questions about my trip. Was impress into my house

① (Cameo's friend)                    4/1/2917 11:20AM

Patricias ᶠᴬᴸᶜᴼᴺ Superbowl Party In Houston

2/3 Friday

Cameo and fly into Houston Hobby
around 6pm local time. Uber to Patricia
Condo Milenum 3130 apt, were arive Aroun
4400 westhiemer to
8pm, Started preppes meats for Party.

Around 9pm I str — ~~I got~~ get a NASAl
discharge (for no reason). Didnt have
a cold. Patrice noticed. I wipe my
~~knose~~. ~~Cameo~~ She later asked if I needed to use
the bathroom even before I knew I had to.
Cameo finish prep ins meats. Girls
get dressed and headed to night club Alley.

Cameo and I walk to Takos Spots Bar
around 11:30pm, had a couple of drinks.

Uber back to Apeartment around 1:00Am.

We got to bed. Tired from traveling.
Girls get home around 2 or 3am. Nina and Patrice
jump the inflatable matris I Sleep over wake
us up. We up! They blast the radio for a

**453)**

10/11/2017 office
Sneezing at work - Willie came by
a 3:00pm After eating.

10/12/2017 office
Sneezing at work all day

**454)**

~~5/28/2018~~
At home in media room

WOKEN UP AT 3:30am. Tortured with debris
flying around. Around 5:00 I was grunting for
some reason. NOTICED my pajama pants was
wet in seat pants. Felt like I had to take bowel/
movement stomach act.
After getting dressed, I found wet spots in my
under pants.

Went to Target to buy briefs, baby wipes and
zip lock bags. Put underwear in bag.
~~twipes~~

- At LA fitness.

~~Jeff~~ we talk about unemployment and
~~~~ Suggested I call so I Daily. I never
~~~~ went there?? Ask about using
unemployment office computer for searchs??
while on treadmill. Jeff knows everyone in
LA fitness??

LA fitness has i.p readers spying on
me.

**455)**

7/03/20 Woke up around 0R my basement media room
Monday    couch. with my legs ~~throbbing~~ and stinging

~~Got to work~~ Was Assaulted while driving into
        work with substance in a my underware
and my back.
        Feels like small bubbles bursting on
Abdomen

7/4  Couch IP Cam Stop Recording at
     03.44 AM. Was woken up around
     06:15 am. Torchered from 06:15 - 07:15 on
     my couch. feet throbbing. Past sprayed on
     my back shirt and underware while on
     couch                les

     ~~If Couch IP Cam Start~~
     Entered LA fitness around 09:30. Worked
     out on tred mill to around 10:40 AM. Noticed
     my cell phone had "NO SERVICE" for about
     40 mins until I left the gym. ATT (611) says
     there was no tower powers that prevented service
     IP couch cam Start working at 17:23 and Stopped
     at 21:59.

7/5  NO IP corach cam starts since 21:59 7/4
     ~~was torcher while~~ was AWOKE around 02:15. Torchered until
     before leaving for LA fitness

456)

03/16/2018

- At LA fitness
    worked or walked 5.5 miles, saw mama on back machi
    Always some comments on my bag as being big in lockerroo
- Left (for) fine wine. bought cigar and rama
    une false workout out
- Came home to drop off sweaty cloth and get
    Evidence. (smoked cigars that)
- took Evidence to bank Credit Union, talked to
teller sister Brenda about loan issue while in vault.
- Went to Apple Store to fix my iphone landscrape
    issue. Talked with Dan about laptop cheap for micheal.
- Hung out at DOC'S. Brother, Asked me to
    He was outside as I walked into DOC's at bar, never seen him before
    watch his laptop as he walked outside and
    in chair    Asked  bartender to also watch laptop
    used his cell phone. Bartender sistered
    remembered cess pregnant Saw Jim laptop across
    comments that he is always on his phone
    bar) with Doc's owner. Talked to Ty while in
    Doc's about NASIAN and coming to ATL. Nasian
    about
    looks fat and disturbed. Bother boyfriend and husbad
    got her hooked on drugs. Also talked about BMW
    (radio)
- problems over cell. Brother was outside while I left.
    Drinks were strong. She watched me at bar watching laptop. One waitress
    Said hello as I walked into DOC's. Two guys sat at table near door
    left looks similar to other events at DOC's, As if to arrest him
    us I leave or steal something.
- Left DOC's for home. Drove back roads to windy hill to home.
- Got home. drunk and ate feel smoke cigar and fell asleep. Vinnie
    text me that he is at the Grill. Called sam it was
    birthday. Jerome Stood between Jerome and vinnie near Randy and Tammi
    hug Pam. Big John came in and later Lenny and plumber. Plumber got up and
    Lenny sat down. I move to sit next to John where Robbie sits

457)

08/19/207 Saturday
Woken up 8:013am
torture with air
shots to my groin,
head, back, Dust is
be swirling around
my face. A Below
5:6 am was about
to doze off when
I couldn't move
my arms, hands or
neck for a couple
of minutes. Hearing
about an arm on
my head, Bother
seeing images without
sleeping. Torture
until I got up at
6:45am.

**458)**  Couch Cover Cushion

While at work got gas and cramps. Around
4 pm, more gas and cramps.

08/22/2017  Tues
        Drove into work from home
was plastered with paste to my
back. Also substance applied
to my underware causing gas.
Ran into Scott after my walk
while sweating from the walk.
Saw him near bathroom.
        J. talked about Bawkhead court

08/23/2017  WED
Was woken up a 12:30 Am being tortured
with paste balls sprayed on my back, airshot
to my feet under my comforter blanket.
Drove to gym, was douse with substance
causing gas while I worked out on
treadmill. While driving into work was
plaster through my back shirt with paste
                        and shoulders
was douse with substance causing gas.

**459)**

08/24/2017 Thursday

On drive into LA fitness gym was DOUSE by a substance that causes gas and cramps while working out on tread mill.

On drive into work, was DOUSE by a substance that cause gas and cramps for 8 hours. Plastered with paste to back, shoulder and sides.

Feet was sprayed with something that stings. On and off.

Something splayed on head cause intermitant popping around head and face.

**460)**

②

Section /

I Arrive around 12:30pm. We started putting food
on grill and setting up chairs and table
for roof top part. I assist with setting up
of everything. As I came After initial
prep, I go to liquor for some Hennessy.
I walk North or toward Galleria mall. I see No liquor
run into someone with a Atlanta Braves hat. Asked
where liquor, He takes me to a pacs off of
Richmond Blvd. His name is Garrick who says
he's from Atlanta. I give him $10.00 and
said goodby. I Arrived back apt around 3:30pm
Assist in setup of party. Around 5pm I was
carrying a couple of trays full of food to the
Garage elevator, As the door opens there
Stands a white guy with what looks like
drugs Wolf dog, I was Startled with all the
food in my hand, He gets out of the elevator
SAID he will not bite.

PAGE 16

**461)**

④   All black party!!
Party goes very well. At 11:30pm we start
   Cleaning up. White boy, she says he was
   young
   from Dallas, Tx in town for game. He seems
      to harrasing Patricia. Patricia tells
   him to go with me as I carry back
   trays. I enter the apartment with trays,
   Not sure what is h his role was?
   I guess just to see check me oof.
   No obvious issue for the rest of
   day.
      we Uber to stadium on Sunday, tailgate
   went well Except for Falcons loosing in
   late in the game.

※ I've seen the LA fitness seen in
   Kennesaw, Buckhead, Ft Lauderdale, Rose well,
   Atlantic Station, etc...

**462)**

7/03/20 Woke up around on my basement media room
Monday   couch. with my legs ~~throbbing~~ and stinging

~~Got to work~~   was assaulted while driving into
                work with substance in a my underware
and my back.

        Feels like small bubbles bursting on
Abdomen

7/4   Couch IP Cam stop~~ed~~recording at
03.44 AM. Was woken up around
06:15 am. Torchered from 06:15 – 07:15 on
my couch. feet throbbing. Pant sprayed on
my back shirt and underware legs while on
couch

~~If Couch IP Cam Start~~
Entred LA fitness around 09:30. Workd
out on tred mill to around 10:40 Am. Noticed
my cell phone had "No Service" for about
40 mins until I left the gym. ATT (611) says
there was notower powers that prevented service

If Couch cam Start working at 17:23 and Stop~~ed~~
at 21:59.

7/5   No IP couch cam ~~that~~ since 21:59 7/4
was ~~torcher white~~ ~~to~~ around 02:15. Torchered until
was awoke before leaving for LA fitness

**463)**

7/03/20 Woke up around on my basement media room
Monday couch. with my legs throbbing and stinging

Got to work was Assaulted while driving into
work with substance in a my underware
and my back.
Feels like small bubbles bursting on
Abdomen

7/4 Couch IP Cam Stop Recording at
03:44 AM. Was woken up around
06:15 am. Torchered from 06:15 - 07:15 on
my couch. feet throbbing. Past sprayed on
my Back shirt and underware while on
couch

~~IP Couch IP Cam start~~
Entered LA fitness around 09:30. Worked
out on tred mill to around 10:40 am. Noticed
my cell phone had "NO service" for about
40 mins until I left the gym. ATT (611) says
there was no tower powers that prevented service

IP Couch cam Start working at 17:23 and Stopped
at 21:59.

7/5 NO IP couch cam Works since 21:59 7/4
was ~~tor then while to~~ around 02:15. Torchered until
WAS Awoke before leaving for LA fitness

**463)**

03/16/2018

- At LA fitness
  Worked w/ walked 5.5 miles, saw mamer on back machine
  Always some comments on my bag as being big in lockerroom
- Left (for) one Fine wine. Bought cigar and Rum
- Came home to drop off sweaty cloth and get
  Evidence. (cigars & hat) smoke
- took Evidence to bank credit union, talked to
  teller Sister B/ Inder about loan issue while in vault.
  Went to Apple Store to fix my iphone landscape
  issue. Talked with Roe, about laptop cheap for Micheal.
- Hung out at DOCS. Brother, asked me to
  He was outside as I walked into DOC's at bar, never seen him before
  watch his laptop as he walked outside and
  in chair. I asked sister bartender to also watch laptop
  used his cell phone. Bartender sistered
  remembered cesipregnant & I saw Jim Laptop Acros
  comments that he is always w/ his phone
  bar? with DOC's owner. Talked to TY while in
  DOC's about Nigsian and coming to ATL. Nigsian
  about
  looks fat and disturbed. Her boyfriend and husband
  got her hooked on drugs. also talked about BMW
                    (crack)
- problems over cell. Brother, was outside at bar watching laptop. One waitress
  Drinks were strong. She watched me at bar watching laptop. one
  said hello as I walked into DOC's. Two guys sat at table near door
  talk looks similar to other events at DOC's, as if to arrest him
  as I leave or steal something.
- Left DOC's for home. Drove back roads to windy hill to home.
- Got home. drunk and ate fella smoke cigar and fell asleep. Vinnie
  text me that he is at the grill, called sam it was Randy and Jerome
  birthday. Jerome Stood between Jerome and vinnie near Randy and Team
  hug Dam. Big John came in and later Lenny and plumber. Plumber got up and
  Lenny sat down. I move to sit next to John where Robbie sits

**464)**

5/19/2018  Sunday

— At Vinnie house for Vinnies birthday.
When arrive Robbie was on the phone. Vinnie
handed me phone so I could talk to him.
Jerome shows up for party. After dinner we
Talked in Mancave

08/19/2018

— At home After LA fitness around 01PM.
While drinking my cigar blew up, got
in the get together. As I was about to pull in
my subdivision I noticed a red car by the
entrance. Red car was not there before.
Stayed there for a while.

08/20/2018  Monday

— At the Grill. Vinnie Robbie. Sat between
them. Saw new faces to left of Vinnie and right
of Robbie. New face to left bought a shot
then gave me a high five to touch my hand.
Robbie came in from parking lot and commented
on my new car

08/21/2018  Tuesday
— At La parilla - Kimberly back from Mexico, Brooks
behind bar. Kimberly sat next to me
before closing. Showed me pictures from trip
— At home - Asked boss if I could stay his house
10:00 —08/23/2018  Thursday  hesitant no for second dinner.
AM  At LA fitness. Vinnie & Jeff Greet me as I walk from drive
car off net catches (or was, I leave to go to locker
room. Get my stuff and head treadmill — Vinnie late
comes in. Talked to me while I'm on treadmill

465)

Plane to talk to Von + Jeff on Elipticle. Larken comes uses treadmill next to me. Wanted to talk. Talked about see Bank Stadium jobs + wife. Talked
* About his trip to LA for family reunion at Cousin marriage California. His nephew bought new house. Cost aset the many for 8 million dollars. From accident he had bank truck used by Beverly hills. Used money to buy a real nice house. Von is from LA. Von came over to the treadmill. Von is talks about LA Venus beach, Santa Monica beach, Malibu beach, Pepperdine, Malibu doesn't like look etc.
* It appears Lonnie was reading from script but did see any thing is his ear. *

After treadmill I go into locker room to change my shirt. I exit LA fitness. Von, Lonnie and Jeff are outside see if they are waiting on me. As I approach them, Lonnie starts conversat about this time being a house sellers market. Really nice time sell a house. Jeff suggest me could find a four side brick house. I said yes you car. I was viewing house at Overlook Tuesday. 4 sided brick
* Again talker about less time to sell a house
* Lonnie kept talking about IBM pension and got it 25. I eventually leave to pick up my car from car wash.

— At La Parilla 00:15, sat between two gentlemen to my left, guy was eating Mex food. Wanted drat ears through car 3 years ago. He is in his 60s and have a 12 year old daughter, he wanted to total.

**466)**

08/24/2016 Friday

- At LA fitness - Jeff and Van, with me on treadmill
  Jeff and Van go do 30 minutes and continue with my
  60 minutes. Van later peeks to see if I am still
  treadmill.

- At the Grill - Dick, Vinnie and Randy. Karen
  1:30pm        and Dave, Jodie, Robbie

                Dick leaves at 14:00. I leave at 14:20
                08:30pm

- At La Parilla - Walk in and see Ray and Michell
  from Nikita and Denzel track team. Never see
  them there before. Talked about a lot of things
  Guy at bar was saving seat for someone for over
  an hour. Javier, Brooks and Oscar at bar

467)

03/27/2018  Monday

- At LA fitness - talked Jeff and Van

- At The Grill - Vinnie Lenny Tammie and Cory
Vinnie text me at 17.05 he was at Grill
Seating. Arrived around 18:30, Am Bartender

☆  V. L.F.C
    Cory leaves and I take her seat at
the end of the bar.
Lenny leaves after Tammy sits next Vinnie to me. CAMEO

☆ Before the Grill I talked with about
getting my Cs. He brought from DR.
He said he would call me later after trying
set to touch with another guy.
around 17:00.

⊕ Cameo bought Cs for me and Vs for
Tim in the DR. on 03/25/2018.
He text me he had bought them then
sent me a picture. He ask how he
should travel with them. I suggested
he put them in a medicine bottle

☆ Cameo calls me at 19.00 to say he
is coming to me and Tim with the
Cs and Vs.

Tim arrives PU no.
Text Tim the Grill location around 19:21

Tim arrives around 19:20 with a long sleeve
shirt. His wife is in the hospital across
the street.

Cameo arrives around 19:40
As Tammy is leaving to go ask ... Tim ...

**468)**

* He orders wings then got outside with Tim. He ask that I stay at the bar while he give Tim his Us outside. He bring my Cs inside the Grill and give them to me at the bar. ✱ Strange!!

✱ After cameo finishes his wings, we ~~walk out~~ pay up pay up Walk outside, Cameo walks to my car/Now car. He hops in and I take him to his car.

✱ I head home with my Cs. Put them in my travel bag.

08/28/2018 Tuesday

- At LA fitness, Jeff and Van talked about signing no law suite clause

08/30/2018

At LA fitness spray liquid on ~~shirt~~ Shirt cause bowel movement

- T-shirt cause irritation to back

- underware when put on cause bowel movement

469)

## 470)  A Civil Racketeering Influence Criminal Organization ("Federal and Georgia RICO")
### 1.44
## 471)  Organized Fraud on the US justice system, plaintiff and family
### 1.45

472)     Plaintiff is here to sue defendants for injunctive relief from a 16-year criminal crime wave surrounding plaintiff and family brought upon by RICO defendants IBM and Taco Mac law firm's lawsuit prevention protection racket service. And we will soon be seeking damages cause by the mob organize crime services they deployed to discourage, delay and thwart plaintiff's lawsuit and

prevent plaintiff from acquiring the proper counsel for the lawsuit. This is a complaint about greed, criminal and unethical behavior using a criminally constituted enterprise solely to prevent or delay lawful lawsuits. Every American should be disturbed about this illegal service being marketed in the United States against Americans. It's a monster to those who believe that the US justice system is fair to everyone and are not truly familiar with its procedures, rules and idiosyncrasies. We are here because of criminal fraudulent behavior.

1. 46

473)     As the court will see, defendants collectively spent a lot of money, used some of their own employees and committed a lot of crimes to keep plaintiff from the courthouse. Fortunately, in America all corporations (public or private), has to account in some way for how they make their money and how they spend their money. This is not a like a CIA budget where money is dumped in with no tally sheet produced. Defendants spent a lot of money over years to disrupt plaintiff and his family lives. Plaintiff's team will be looking at the accounting of this money spent as to why corporations and its co-conspirators would spend so much money to prevent lawsuit by plaintiffs who posed no threat to the defendants. What is the reason to unlawfully surveil an innocent family 24/7 for years with no evidences of a crime or infraction? There will be no credible answer to this complaint by defendants except greed and that they could ultimately get away with fraud as long as the money continues to flow unabated.

1. 47

474)     RICO primary defendants IBM and Taco Mac has finance and unleashed a Professional Criminal Enterprise(PCE) lawsuit prevention protection racket on plaintiff and his family to prevent plaintiff from accessing counsels of his choice in a timely manner. PCE clients collectively have limitless funds to sustain

this illegal racket. For plaintiff, it has been 16 years which is 28% of plaintiff's life he and his family have endured irreparable harm by the hands of RICO defendants.

475)      The Profession Criminal Enterprise overwhelms local or state authorities in most municipalities. They are confident they won't get caught. For the most part, they operate as stealth criminal invaders. They do engage the locals but only if they have too. And when they do, they persuade the authorities or proprietors or managers or corporate officers that plaintiff is a really bad guy and we are here to help you with your new problem. Most of the conspiring defendants know who they are but cooperate anyway. Plaintiff suspects the conspiring defendants use them too, at some point. To defendants this is a necessary service sold by law firms with huge private investigator teams to offer their customers with limitless funds. A way to bring in lucrative short-term or long-term revenue streams of business for the firm. A service to illegally tilt the law in their clients' favor forever.

1. 48

476)      Law firms and their clients know and understand what methods are being use. They know, for the most part, criminal behavior will be deployed to prevent lawsuits. Law firms who market this service of a lawsuit prevention protection racket risk being ostracize, sued and partners disbarred if anyone in law federal enforcement or the media finds out that are really perpetrating fraud on the US justice system. They know this service is illegal to sell in the US. They do it for greed only.

1. 49

477)      The professional criminal enterprise sole primary purpose is to deceive everyone about their intentions, stifle any idea of an honest investigation into their criminal behavior even when someone sees a clear crime, PCE convinces them there was no crime since plaintiff is himself a criminal. And when they get

caught, PCE discourage, delay and thwart lawsuits until the statute of limitation runs out on their crimes.

478)     The Professional Criminal Enterprise can thwart lawsuits in perpetuity with unlawful 24/7 surveillance of plaintiffs, in and around his home, at work, his cars (rented or owned), his rented hotels, cruise cabins, casinos, condos, national parks and LA fitness. They know where plaintiff and family are at all times.

479)     PCE primary purpose is to defraud the US justice system and prevent plaintiffs from having their due process in court no matter what the reason (good, bad or warranted). PCE has committed many international, federal, state and local crimes against plaintiff such as attempted murder, threats of murder, assault and battery, kidnapping, bribery, mail and wire fraud, blackmail, extortion, torture, home invasion, bank fraud, unlawful spying, computer crimes and many more offences. They simply don't believe they will be caught.

1. 50

480)     The PCE has stalked plaintiff all over the world using slanderous defamatory lies by creating a fictional character that does not exist and have never existed. Convincing the willing to aid and abet them in their criminal practices from spying on plaintiff, filming plaintiff, drugging plaintiff and torturing plaintiff with unfettered access to plaintiff's rooms and home. PCE actors' film all of their crimes and show them to their clients and conspirators to assure them of their controls and ability. The RICO statue was designed for this type of unlawful criminal enterprise. PCE believe they can get away with lawsuit prevention protection racket crimes.

1. 51

# 2.Invasion of Plaintiff's home

481)     The PCE has invaded plaintiff's dream home for at least eight years where they have spied on him, his wife, his mother, his children and any of his guest.  Where plaintiff and wife have raised their son and daughter for 21 years. Both are college grads. One is now a doctor. Egregiously violating an American long-standing right to privacy in one's home.

### 1. 52

482)     With PCE's unlawful surveillance of his home, the professional criminal enterprise has tortured plaintiff for years. He has been exposed physical and mental torture such as sleep deprivation and Chines water torture. He has been restrained in his bed and media room couch and assaulted with feet torture. He is frequently being woken up by the heating of his kidneys and bladder to eventually force him to urinate. Plaintiff suspects PCE is testing him for drug levels in his system during intervals of drugging using his home plumbing system. All done to intimidate him from telling and filing this lawsuit against his former employer and others. In addition, PCE has performed years of psychological torture on plaintiff and his family which has cause physical, mental and emotional damages.

### i. 53

# b.Daily Torture

483)     Daily drugging causing excessive urinating, bowel movements, eye watering, nose running, headaches, dizziness, coughing, sneezing and hallucinations, drugging of plaintiff and family, unlawful hypnosis of plaintiff and family and other human biological symptoms used to determine if enough drugs have been administered. They can also tell when plaintiff passes gas whether the drug has been fully administered. Plaintiff believe his home plumbing is being monitored by PCE. Plaintiff cigars have been spiked with an accelerant that causes it to burn fast, brightly illuminate with an awful smell. This spiking occurs at home, bars, restaurants, casinos and hotels to convince,

whomever is watching, that plaintiff is smoking something that he is not.

### i.  54

484)      PCE has intimidated or extorted or bribed plaintiff's lifelong friends to assist them in the torturing scheme in their homes. Some of those relationships go back 40 or 50 plus years. After this lawsuit is over, those relationships will be destroyed forever. Very difficult to resurrect those relationships considering the circumstances and pressure they were under to assist PCE at any cost.

### 1. 55

485)      PCE has unlimited and unlawful access to plaintiff's home and cars 24/7. They have bypassed plaintiff's 21 surveillance camera system and ADT alarm security system. Three of those cameras are pointed at plaintiff while he sleeps in his media room where most of the torture acts takes place. Plaintiff has not slept a night or day without being watched for 15 years. An innocent man with no criminal record.

### 1. 56

486)      There are four torture stations in plaintiff's home. His bedroom where he sleeps, his media room where he sleeps, couches in his family room where he watches TV and his car driver side seat. Those same locations are used in hotels, cruise ship cabins, condos and rented cars when he travels also.

### 1. 57

487)      Plaintiff has recorded two strokes in the past eight years requiring emergency room service. One stroke occurred in IBM's office. The other was in his home. One common theme with those strokes is high blood pressure and plaintiff fainting. Plaintiff has recently acquired persistent high blood pressure measurements since 2019.

### i.  58

488)    Plaintiff can't use any of his electronics or computerize
        equipment in his home. Neither can his wife, who works from
        home, use any of her company's Anthem electronic or
        computerize devices or personal devices which all are
        compromised. Laptops, home phones, cell homes and tablets
        have all been hacked or compromised. His six-home network
        have all been hacked. DirecTV network, Swann camera system,
        ADT camera system, ADT alarm system, AT&T Wi-Fi network,
        Comcast Wi-Fi network, all have been compromised. Plaintiff has
        no certainty of his home information system infrastructure to
        safely and securely get through a pre-trial or post trial.

                              i.  59

489)    When plaintiff travels inside the US and out of the country,
        some events plaintiff and family participate in are orchestrated
        and staged by PCE. PCE travels with a large team of specialist
        and leaves a large digital and financial foot print. Most times PCE
        stays in the same hotel as plaintiff and family which require lots
        of planning and cooperation with the hotels, condos, cruise lines
        and casinos. Probably using local authorities to convince co-
        conspirators to help them get access.

                              1. 60

490)    With unlawful access to plaintiff's home and his electronics
        (laptops, home phones, workstations, cell phones etc..,), PCE is
        constantly hacking plaintiff's home, personal and family's
        electronics. PCE hackers knows when plaintiff leaves/arrives,
        what flight he or family is on, what hotel they are staying in, what
        rental car agency plaintiff has reserved a car with and whether
        plaintiff or family is taking a HUBER taxi ahead of time. PCE has
        hacked all plaintiff travel APPs too. All electronics are hacked.

                              i.  61


491)    Plaintiff has tried contacting counsels using his home
        phone many times. Those calls have been intercepted by the
        same person as a way of saying you don't know who are and you

can't stop us. Plaintiff has tried his cell phones. Those calls were intercepted by the same person too at home and away. When plaintiff uses his laptop computers or tablet to research counsels, counsels' websites have been hacked including the FBI's website. When he finds a counsel office address and phone number, the address is false and phone number intercepted. Plaintiff has bought multiple throw away cell phones. Those calls were intercepted too by the same person. At home and away from home.  Plaintiff has used hotel's phones. Those calls are intercepted with the cooperation of the hotels conspirators. PCE has commandeer the hotel's entire telephone and communication systems.

### i. 62

492)     PCE has hacked the top five law firms in the city of Atlanta websites and intercepted calls to them. Those are King and Spaulding, Alston Bird, Troutman Sanders, Kilpatrick Townsend and Stockton and Eversheds and Southerland. Plaintiff has tried contacting them through their websites, by phone and US mail. Plaintiff has also contacted counsels David Boise, Ben Crum and the Cochran firm through their websites which were hacked and phone calls intercepted. Plaintiff has been to Davis and Bozeman and Morgan and Morgan law firms. Both say they don't handle case like mine. This why plaintiff suspects all large firms use PCEs at times.

### 1. 63

493)     The PCE has turned plaintiff's home and life into a "house of horror" and a "biological experimental lab". Plaintiff home is unusable for pre-trial proceedings, trial proceedings and post-trial proceedings. Plaintiff can't sell his home since he would have to disclose all PCE's activities in it for the past 15 years. Also, plaintiff needs to know how PCE is getting in and out his home, where are all of the hidden cameras located, where are all the torture gadgets located, wants to know who are these thugs

that have been stalking plaintiff for 15 and who are the neighbors that are collaborating with PCE. Unfortunately, Plaintiff and family will have to relocate to another home and neighborhood for their safety and privacy which will require lots of funds for around the clock safety, privacy and security monitoring system, electronic and computerize equipment (new laptops, new phones, new cell phones) and a network to support the infrastructure for a secured home for plaintiff's family before and after the trial. They have totally destroyed plaintiff's and family's life.

1. 64

## 494)  Threatening to Kill Plaintiff Many Times since 2018

495)     While on vacation in Santo Domingo, Dominican Republic, at the Sheraton Hotel in January of 2018, MLK birthday weekend, plaintiff noticed that he was not just only being spied on, filmed, tortured and drugged but that those filmed incidents were being shown to other girls for coaching and blackmail purposes and possibly worst. The girls who he met on that trip and entertained him meetings were staged. They were reciting quotes from him with past girls and quotes from past girls to him indicating that there was an orchestrated setup in progress in the Sheraton Hotel. There were clips and incidents from previous episodes that were being recreated right in front of his eyes. A sort of like

I've seen this movie before. PCE actors were not just performing the usual criminal protocols but staging them with local actors at the Sheraton Hotel Santo Domingo.

### 1. 65

496)     After returning from his vacation, plaintiff logged onto Sheraton and Marriot website to report a complaint. Plaintiff entered in the complaint with his address and phone number and a suggestion that they could talk about plaintiff's experience in their hotels which similar events had happen before. Plaintiff never got a phone call or US mail response from defendants. He did get an email to an email address that he had never given when he logged the complaint and that he had just created months prior. The only time plaintiff used that email address was on his wife company's Anthem laptop the find how extensive their hacking was. He never used that email address any time before.

### 1. 66

497)     A week later, plaintiff later tried complaining through the websites again-still no response from Sheraton or Marriott. However, on January 28th of 2019 plaintiff life was threaten in public at the Kennesaw, Ga Barret Parkway Bahama Breeze while at the bar and in front of at least 8 people who were at the bar or sitting at tables around the bar. The PCE representative said that if I told anyone what had been happening to me he would kill me multiple times and that he was from Mobile Alabama. PCE representative was so loud and boisterous that the bartender called the manager over. She asked if I wanted her to call the police. Without really understanding what had just taken place, I said no. I told her he is probably drunk and I didn't want

to get the police involve at the time. PCE representative was there with two other guys who he was buying drinks for.  Later, he paid the bill with a credit card and left.

i. 67

498)    Since then plaintiff has been threatening in public a total six times in 2018 and eight times in 2019 at his home. Those eight home threats he was restrained to his bed and media room couch while two thugs assaulted him. He was unable to move an inch while being restrained. Two other times he was restrained then foot tortured while being yelled at that I better not tell anyone what's been happening to me. Plaintiff is unable to determine how they are getting in and out of his home without his camera and ADT alarm system picking them up.

i. 68

499)    After making several more attempts to contact Sheraton and Marriott via website and phone, plaintiff sent both a FedEx letter mail of the complaint and that I had been threatened after reporting the Santo Domingo incident via their website. The letter was sent to their headquarters titled security-no response.

500)    Wherever plaintiff goes, plaintiff is being tracked using his own electronics and automobiles. Those inside and outside networks are also being hacked such as every hotel, condominiums or resort he frequents, FED-EX, Georgia Department of Labor, Atlanta Library system, Cobb County Library system, Kennesaw State University library and Kennesaw State College of Professional Education computer lab.

1. 7

501)    These bold and appalling perpetrators are deliberate lawbreakers who even stalked plaintiff in the Richard Russell building on 10/16/2019 while he was there accessing the US Attorney's office on the 6th floor. They also followed him to through the corridors and elevators to the US District Court Clerk's office on the 22nd floor. Later from the Cobb county Vining's library, they hacked the FBI's website to prevent plaintiff from reporting their many crimes with in the federal building. Who does this type of surveillance of an innocent man in a federal building with its extensive security and ubiquitous cameras?

502)    RICO defendants and co-conspirators are used to buying their way to success. Plaintiff and team are here to vigorously argue the merits of this case at trial. We do not want to normalize this criminal behavior by rich and well-heeled defendants in the US justice system. We look forward to an extensive discovery of all defendants and then trial.

i.  9

# 503)   Plaintiff will be asking for the following subpoenas soon:

504)    This court has to understand that these criminals are trained US lawyers, practice US law in front of judges and juries and know all the idiosyncrasies of the US justice system. They are organize criminal perpetrators with a few incentives: avarice greed for perpetual lawyers' fees for them and their firms by using any means necessary to tilt the justice system in their favor and perpetrate fraud on the US justice system. They are, in fact, the perfect organize criminal enterprise who have tentacles in international, federal, state and local law authorities and believe they won't ever get caught using criminal racketeering methods. These lawyers are simply crooks who swore fidelity to the US justice system then got greedy and knowing designed an illegal service to sell to their wealthy clients. We are going after crooked lawyers, their clients and their investigators who execute an organize criminal racket to prevent lawsuits.

505)    Plaintiff and family have incurred and is still incurring egregious and horrible irreparable harm by defendants and co-conspirators with their organize crime lawsuit prevention protection racket. These subpoena requests are just a handful of other subpoenas to come in hope of uncovering and stopping felony organize crime wave surrounding plaintiff and family.

506)     This is a civil lawsuit with organize crime implications by a greedy law firm and their lawyers who are supposed to act like officers of the US court. These requesting subpoenas are designed to get this lawsuit about the lawsuit prevention protection racket to a jury ASAP.  The racket services were designed and constituted by law firms and their lawyers with their investigators being the foot soldiers using organize felony criminal tactics to achieve their goal of intimidating, discouraging, delaying and thwarting lawsuits.

507)     The organize criminal tactics deployed and used are no different than any violent street gang or mob. The criminal racket has been mostly funded by a fortune 500 corporation IBM and Taco Mac using their annual revenues for 16 years. These subpoenas are designed to   identify the architects and orchestrators of this criminal enterprise whose primary purpose is to tilt lawsuits in favor for their wealthy clients by defrauding the US Justice system along the way.

## 508) <u>Subpoena #1</u>

509)     IBM who has been unlawfully tracking plaintiff and family since at least 2005, invaded plaintiff's home and hotel rooms, condos and cruise cabins when he and his family travels all over the world since 2005.

### 510)   <u>Documents, electronically stored information or tangible objects</u>

511)   Names and notes of all IBM employees who participated in the investigations at work and when plaintiff worked from.

512)   Names and notes of all IBM employees who participated in investigations of plaintiff in other places such as LA Fitness, restaurants, cruises, condos and Kennesaw Battlefield anywhere outside of the workplace.

513)   All communications and documents between IBM representatives and Taco Mac representatives since 2005 such as personnel, dates, times and what were the reasons for the communications relating to plaintiff and family.

514)   All communications between IBM REPs and RICO co-conspirators since 2005. Particularly since November 2017 to September 2020 and the personnel who initiated those communications and personnel who excepted those communications. What were the subjects to those communications related to plaintiff and family?

515)   The names of all law firms, lawyers and investigators who performed the investigations of plaintiff from 2005 to September of 2020.

516)   The names of all law firms, lawyers and investigators billing and times sheet from 2005 to September 2020. How much money was spent with those firms to date and for what reason?

517)   All investigators' field and office notes taken during the investigation of plaintiff and family since 2005 until September 2020. Particularly those taken with co-conspirators personnel.

518) All investigators' notes and recordings taken with plaintiff's colleagues, friends, family, neighbors, his family doctors, doctors used to counsel the law firm and their personnel or any person related to the investigation of plaintiff and family.

519) A list of all team members used to monitor, spy, film, torture and drug plaintiff and family in their home including the physical locations where those teams were stationed over the years.

520) A list of all federal, state and local authorities contacted and used to assist IBM reps in investigating plaintiff-names and titles. We want know what assistance were given by those authorities.

521) All names and notes of all team members used to travel to locations where plaintiff was monitored, spied on, filmed, tortured and drugged including passports and hotels where they stayed during offshore investigations since 2005.

522) All names of any foreign law firms, private investigators and local authorities used to investigate plaintiff while on foreign soil.

523) A list of all equipment used to spy on plaintiff in his home and elsewhere.

524) A list of all drugs used on plaintiff since 2005.

525) A list of all audio/videos recording taken of plaintiff and family since 2005.

526) A list of who those audio/video recordings shown to and why?

527) **Subpoena#2**

528)   Taco Mac where plaintiff has been unlawfully track, harassed, spied on and assaulted on their premises.


529)   <u>Documents, electronically stored information or tangible objects</u>


530)   Names and notes of all Taco Mac employees who participated in the investigations of plaintiff on or off of Taco Mac's premises.

531)   All communications and documents between Taco Mac representatives and IBM representatives. Such as personnel, dates, times and what was discussed since 2005.

532)   All communications between IBM REPs and RICO co-conspirators since 2005. Particularly since November 2017 to September 2020 and the personnel who initiated those communications and personnel who excepted those communications. What were the subjects to those communications related to plaintiff and family?

533)   The names of all law firms, lawyers and investigators who performed the investigations from 2005 to September of 2020.

534)   The law firms, lawyers and investigators billing and times sheet from 2005 to September 2020. How much money was spent with those firms to date?

535)   All investigators' field and office notes taken during the investigation of plaintiff and family since 2005 until September 2020.

536)   All investigators' notes and recordings taken with plaintiff's colleagues, friends, family, neighbors, his doctors, doctors used

to counsel the law firms and their personnel or any person related to the investigation of plaintiff and family.

537)    All list of the team members used to travel to locations where plaintiff was spied on, filmed, tortured and drugged including passports and hotels where they stayed.

538)    A list of all federal, state and local authorities contacted and used to assist Taco Mac reps in investigating plaintiff- names and titles. We want know what assistance were given by those authorities

539)    A list of all equipment used to spy on plaintiff.

540)    A list of all drugs were used on plaintiff and family.

541)    All audio/videos recording taken of plaintiff and family anywhere.

542)    Who were those videos shown to and why?

543)    .

## 544)  Subpoena #3

545)    BWI Double Tree by Hilton where plaintiff was spied on, filmed, drugged and tortured during the 2019 labor day weekend for four days.

## 546)  Copy of evidence preservation letter sent to Hilton and PMD I,LL after the incident in August of 2019

547)    09/07/2019

548)    On August 30,2019, Darryl Wright checked into the BWI Doubletree Hilton at 890 Elkridge Landing Road Linthicum, MD 21090-2093

549)    He was given room#462.

550)    While in room 462, Darryl was spied on, drugged and tortured while in bed. Every night for four days.

551)    This is not the first time at a Hilton property that similar events have happen.

552)    For the coming litigation purposes, Mr. Wright and team would like you to preserve:

553)    All the property's surveillance video/audio from 4PM 08/01/2019 to 06AM 09/03/2019. Both inside, outside, around the entire site, 4th floor and room 462 24/7.

554)    Were there other groups on the property using video and audio devices during my stay.? If so, preserve all photographs, videotapes, audio or computer generated media.

555)    We would like you to preserve a list of all hotel guest from 09/01/2019 to 09/03/2019. We want to know who paid for their stay, how long they stayed and what company they worked for.

556)    We would like you to preserve a list of all employees/ contractors, and their address and phone numbers who work on the premises from 08/01/2019 to 09/03/2019. That ranges from Hilton corporate officers, to hotel managers to janitors or housekeeping to bus drivers during 08/01/2019 to 09/03/2019. Anybody who worked on the premises 24/7.

557)    Preserve all corporate computer electronic emails, hotel phone logs, corporate cell phones, instant messages and text messages for 08/01/2019 to 09/03/2019,

558)    Preserve a list of all managers corporate or local who worked on the premises from 08/01/2019 to 09/03/2019.

559)    Preserve all computer electronic emails, phone logs, cell phones and text messages related to communications with the local, state and federal authorities between 08/01/2019 to 09/03/2019.

560)    Preserve all communications emails, phone logs, instant messages and text messages between Hilton security officers or corporate lawyers or any other lawyers or private investigators during 08/01/2019 to 09/03/2019.

561)    Questions to be discussed during initial disclosure:

562)    Did anyone stay at the BWI Doubletree who did not register during 08/01/2019 to 09/03/2109?

563)    What party or parties assured Hilton that it was okay to allow crimes against Mr. Wright at the hotel and that there would be no exposure to criminal charges and or a civil lawsuit?

564)    What parties participated in the agreement?

565)    When did the negotiations take place?

566)    How were the negotiations done ie: in person, through phone calls, conference calls, emails, cell phones, text..etc

567)    As I was leaving the hotel, asked the front desk person Simi for my receipt. She told there was no receipt since the bill was not paid by me. It was paid by Expedia. I was told to ask Expedia for my receipt. She said the only record that I stayed at BWI Doubletree was my credit card on file and $200.00 incident charge that would be gone in 3 business days. Two days later, I called to have my bill emailed to and was told the same excuse. I have stayed at many Hiltons and have never heard of this excuse

before. Was there an attempt to erase my stay at BWI Doubletree-a cover up?

## a. <u>Additional questions since the incident of August 2019 Labor Day weekend:</u>

568)    Has there been any investigations of plaintiff assertions since September of 2019?

569)    Who conducted the investigations?

570)    Has there been any communications between co-conspirators Hilton or PMD I, LLC and IBM or Taco Mac Reps about the investigations or its results?

571)    Who were the personnel involved in the communications of the investigations?

572)    Were the results of the investigation disseminated to any other co-conspirators or parties related to this lawsuit?

### i. <u>Subpoena#4</u>

573)    <u>Copy of evidence preservation letter sent to US Marshals after the incident in Richard Russell Federal Building</u>

**574)** US Marshal Office for video of a stalking incident on 10/16/2019 while plaintiff was accessing the US Attorney's office and US Court Clerk:

> i. UNITED STATES DISTRICT COURT
> ii. NORTHERN DISTRICT OF GEORGIA
>> 1. 1:19-CV-5213 WMR
> iii. 75 Ted Turner Drive, SW
>> 1. Atlanta, GA 30303-3338

**575)** **Evidence Preservation Letter**

**576)** Northern District of Georgia (N/GA)

**577)** U.S. Marshal

**578)** Federal Building

**579)** 75 Ted Turner Drive SW, Room 1669

**580)** Atlanta, GA 30303

**581)** (404) 331-6833

**582)** 10/22/2019

**583)** To whom it may concern with building security:

**584)** My name is Darryl Wright. On 10/16/2019 I was stalked in the Richard B. Russell  building by representatives working for my former

employer.  They were told not to track me. I was tracked throughout building. Even in the elevators.

585)          .

586) I am asking that you preserve video of the 1st , 6th,7th ,5th and 22nd

587)     floors for that day until we can subpoena the evidence. I was there between the hours 9:00am to 10:00am. I would like to have the entire day footage preserved.

## a. <u>Additional questions since the incident of October 2019:</u>

588)     Has there been any investigations of plaintiff assertions since October 2019 incident?

589)     Who conducted the investigations?

590)     Has there been any communications between co-conspirators Hilton or PMD I, LLC, IBM or Taco Mac Reps about the investigations or its results?

591)     Who were the personnel involved in the communications of the investigations?

592)     Were the results of the investigation disseminated or shared with any other co-conspirators or parties related to this lawsuit?

## 593)   Subpoena#5

594)   **US Marshal Supervisor Santez Kildred who plaintiff suspects knows exactly who the perpetrators are and their methods. There is no way PCE can stalk someone in a Federal Building with cameras everywhere and the US Marshal not know who they are.**

595)   **Plaintiff Darryl Wright is asking for the following data from 10/22/2019.**

596)   **All personal cell phone data including phone records and text from 10/22/2019.**

597)   **All work cell phone data including phone records and text from 10/22/2019.**

598)   **All work phone data land line data from 10/22/2019**

## 599)   Subpoena#6

600)   **Dave and Bozeman law firm where plaintiff was filmed by a paralegal during an interview on 10/11/2018. Plaintiff seeks to**

validate what he is saying to the court now. If plaintiff was video then he has privilege of that video.


**601)** To the Law Firm of Davis and Bozeman:

**602)** Before reading this letter, review civil lawsuit 1:19-CV-5213 to put this incident in context.

**603)** My name is Darryl Wright who is suing my former employer. On 10/11/2018, I was in search of a lawyer. I found two on the internet and saw you and Ben Crump on TV representing other clients. Your law firm was one and Ben Crump was the other I searched out for. The address for you was listed as 4157 Flat Shoal Road Decatur, Ga Building suite #330 and the local address for Ben Crump (whose real practice resides in Florida) but the internet listed his Atlanta practice at 191 Peachtree Suite 4200.

**604)** When I arrived at 191 Peachtree Suite 4200, the banner and secretary says it was the law office of Morgan and Morgan. I asked if Ben Crump practiced there. The secretary said he does and suggested I use a conference room to call into their call center to discuss my case so someone could assign me the correct lawyer. I declined.

605)    Later, I drove to your practice at 4157 Flat Shoal Road Building C office#330 where I interviewed with your paralegal about my case. The office appeared genuine with secretaries and a guy leaving in a wheel chair. The office had your banner "Davis Bozeman Law Firm." I sat down with your paralegal in a room where the door sign says that video would be taken during interviews.

606)    She looked professional, gave me a Davis and Bozeman plantlet and asked if I wanted water. Your picture was on the plantlet and there was a lot information about your law firm and its history. As we began to discuss my case, she started taking notes. After about one hour and 15

607)    minutes and telling her that I thought my life was in danger, she said she would talk to one of your lawyers about my cases.

608)    She left the room for about 10 minutes then brought back a woman who didn't look like a lawyer but said she was. After asking me more questions, she said that your law firm only handled civil right cases not civil lawsuits. She had no suggestion of a firm who might handle my case. As I was leaving, I asked for a copy of her notes. She says she shredded the notes after she decline to take the case. So I left with your plantlet.

609)    I recently filed a lawsuit 1:19-CV-5213 against my former employer and wanted to know if there were still notes and video of that my interview so that it could be reviewed. So now I am now subpoenaing your law firm

for the notes and video since I recently learned it was my privileged items.

610)    I have attached memorialized notes of that day so you can understand that moment in time.





WHERE INJURY IS PERSONAL

### i.  11

611)  **Plaintiff is asking for the following relief during these proceedings to trial:**

612)  **Equitable Remedies**

**613)** **Immediate TRO to stop all surveillance totally of plaintiff and family with fines of 1 million dollars per violation to be paid to the court within 24 hours of the violation. Fines double after first violation and for each new successive violation. Violations can accumulate per day such as any illegal surveillance of any kind (GPS, any electronic/computer tracking, listening devices or monitoring devices of any electronics/ computer communications), slander or libel of any kind to anyone in or outside plaintiff's house or anywhere in the world to anyone or any place. Invading plaintiff's home or car in anyway will incur a 2 million dollars fine per event to be paid within 24 hours to the court. Plaintiff would like hourly accounting of funds spent by defendants and co-conspirators on this case.**

614)    **Disclosure of all tracking devices or listening or monitoring devices in or outside plaintiff's home along with hidden cameras or listening devices in plaintiff's home, cars, LA Fitness, restaurants or any premises where plaintiff frequents.**

615)    **Disclosure of any torture gadgets anywhere where plaintiff frequents or at home or anywhere in the world.**

616)    **After TRO is fully implemented, Plaintiff will need thirty days to get proper RICO counsel to help prepare this complex complaint for trial litigation.**

617)    **Scheduling of preliminary injunctions (PI) with the same requirements as the TRO but stronger restraints for the defendants and co-conspirators throughout the pre-trial, trial proceedings and post-trial proceedings with more stringent fines for any violations.**

618)     Disclosure of how defendants and co-conspirators got the equipment into plaintiff's home, his cars, rental cars, hotels, condos, cruise cabins, resorts or casino rooms.

619)     Disclosure of who assisted defendants and co-conspirators with installing their equipment in his home (vendors like ADT, ATT, Comcast, DirecTV..etc) and whether impersonators were used for those vendors. When were the equipment installed? Were there any vendors who assisted or were bribe or extorted in assisting them with the installation of the equipment or any cooperating agencies?

620)     Plaintiff wants to know the names, addresses, resume, driver's license numbers, passport numbers, time and billing sheets of all lawyer(s) /investigators firm(s) who worked on this case related to plaintiff Darryl Wright and family for the past 15 years. Names of all teams who traveled and stalked plaintiff all over the world. They know plaintiff and family for years but plaintiff do not know them.

621)     Disclose how defendants are getting in and out of plaintiff's home without being detected by plaintiff's surveillance systems.

622)     All audios, videos and pictures collected by defendants and co-conspirators of plaintiff in and out of his home, of his family in and out of their home, hotel rooms, condos, cruise ships and cabins, casinos and his friend's home or associate's home's or co-conspirators premises or properties. Plaintiff wants the dates, venues, team member names of who videoed and photographed the content and the resume of those who captured the data and

who those items were shown to or played for over the years and why they were shown the content.

623)        11

624)        Disclosure of the location of the monitoring site(s) used to monitor and torture plaintiff and his family in his home or anywhere is the world.

625)        Disclose any equipment used by defendants or co-conspirators on their premises. What was the equipment used for? Does it detect anything? If so, what did it detect and how many times?

626)        Defendants and co-conspirators shall disclose all drugs used on plaintiff to cause excessive urination, nose and eye watering, excessive bowel movements, nerve agents causing skin and face skin to palpitate, drugs causing hallucinations, hypnosis and depression.

627)        Have the drugs used on plaintiff and family been tested for long-term use in the body of a human either separately or as a combination? Are any of them a carcinogen either separately or in combination?

628)        Disclose what accelerants were used to spike plaintiff cigars. Has the accelerants' been tested as a carcinogen or long-term use?

629)        Disclose of any motion-activated devices or automated devices in his home or cars.

630)    Disclosure by defendants or representative of what was said to co-conspirators for them to act against their own interests and against the interest of plaintiff and family.

631)    Team members' names, address, driver's license number and passport numbers of all who stalked plaintiff in his house and anywhere in the world for the past 15 years. Those who participated in the criminal torment of plaintiff and family.

632)    Disclosure of all communications between defendants or co-conspirators or their team's with local, state and federal law enforcement authorities where plaintiff and family were stalked.

633)    Defendants and co-conspirators shall collectively fund plaintiff a new house in a new neighborhood with new computers/electronics for him and his family, new cars, new cloths and new furniture for the house before, during and after trial. Defendants and co-conspirators will fund around the clock security for plaintiff and family to insure no harm or unlawful surveillance of plaintiff and family anywhere in the world indefinitely or for the rest of their lives.

634)    On 10/16/2019, plaintiff was illegally tracked to and inside of the US Northern district court building at 75 Ted Turner Drive Atlanta, Ga. Plaintiff has sent the US Marshals an evidence preservation letter for the video of the 1st,5th,6th,7th, and 22nd floors for that day. Plaintiff wants to who the trackers are and who gave them permission to track plaintiff in a federal building.

635)    Disclose how PCE knew plaintiff was going to the Federal building on 10/16/2019. Plaintiff told no one.

636) **Disclose how plaintiff was tracked without his phone or watch?**

637) **Disclose communications between PCE and Associated Credit Union(ACU). What did PCE tell ACU about plaintiff? What did ACU disclose about plaintiff? What did ACU do for PCE?**

638) **Compensatory and punitive damages will be determined after full discovery process is over on defendants and co-conspirators.**

639) **Judgement in an amount equal to three times the actual damages sustained by RICO, pursuant to 18 U.S.C. 1964.**

640) **Reasonable attorney's fees, pursuant to 18 U.S.C. 1964.**

641) **Judgment in an amount equal to three times the actual damages sustained by the RICO statue, pursuant to O.C.G.A. 16-14.**

642) **Attorneys' fees in the trial and appellate courts and costs of investigation and litigation reasonably incurred, pursuant to O.C.G.A. 16-14-6.**

643) **Appropriate orders judgements prohibiting defendants and co-conspirators from engaging in violations of law alleged herein, pursuant to O.C.G.A. 16-14.**

644) **Judgment in the amount to be proven at trial that requires defendants and co-conspirators to disgorge any unlawful profits or otherwise return the full amount of its unjust enrichment.**

**645)      Trial by jury: and**

646)      **Such other relief as the Court deems just and proper.**

**647)      No American should feel comfortable with these organized criminals running around in our streets deliberately breaking local, state, federal and international laws for their rich well-healed clients and defrauding the U.S. justice system.**

**a. This 14t[h] day of September 2020.**

**a. Respectfully**

**submitted,**

**b. Plaintiff**

**Darryl**

**Wright**

**648)      Darryl and Rochelle Wright and Jovettia Cooper**

**649)      265 Lynshire Court**

**650)      Marietta, Ga 30064**

**651)      770-499-2245(Home)**

**652)      404-307-5334(cell)**

**653)** _____

**Date**_____

Four Points Los Angeles Airport
9750 Airport Blvd
Los Angeles CA 90045
United States
Tel 310-645-4600 Fax 310-646-7047

# FOUR POINTS
## BY SHERATON

Rochelle Wright
am group
285 Wynshire Road
Marietta, GA, 30064

| | | | |
|---|---|---|---|
| Page Number | : | 1 | |
| Guest Number | : | 2353072 | |
| Folio ID | : | A | |
| Arrive Date | : | 22-JUL-18 | 12:46 |
| Depart Date | : | 24-JUL-18 | 12:00 |
| No. Of Guest | : | 2 | |
| Room Number | : | 609 | |
| Club Account | : | SPG - A2038 | |

Four Points LAX  JUL-24-2018  06:34  CPADILLA

| Date | Time | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|---|
| 22-JUL-18 | 05:36 | RT609 | Room Charge | 143.65 | |
| 22-JUL-18 | 05:36 | RT609 | Occupancy Tax | 20.11 | |
| 22-JUL-18 | 05:36 | RT609 | Tourism Tax | 0.28 | |
| 22-JUL-18 | 05:36 | RT609 | City Tax | 2.15 | |
| 23-JUL-18 | 03:03 | RT609 | Room Charge | 143.65 | |
| 23-JUL-18 | 03:03 | RT609 | Occupancy Tax | 20.11 | |
| 23-JUL-18 | 03:03 | RT609 | Tourism Tax | 0.28 | |
| 23-JUL-18 | 03:03 | RT609 | City Tax | 2.15 | |
| 24-JUL-18 | 06:34 | VI | Visa-0194 | | -332.38 |
| | | | ** Total | 332.38 | -332.38 |
| | | | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page

Four Points Los Angeles Airport
9750 Airport Blvd
Los Angeles, CA  90045
United States
Tel: 310-645-4600 Fax: 310-649-7047

# FOUR
# POINTS
BY SHERATON

Rochelle Wright
gp gpp/gp
155 Lynshire Road
Marietta, GA, 30064

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 2353072 |
| Folio ID | : | A |
| Arrive Date | : | 22-JUL-18 | 12:46 |
| Depart Date | : | 24-JUL-18 | 12:00 |
| No. Of Guest | : | 2 |
| Room Number | : | 609 |
| Club Account | : | SPG - A2038 |

As a Starwood Preferred Guest you have earned at least 1149 Starpoints for this visit A2038



**OUTRIGGER.**
REEF WAIKIKI BEACH RESORT

**Darryl everett Wright**

**US**

| | |
|---|---|
| Room No. | : 0925 |
| Arrival | : 07-24-18 |
| Departure | : 07-27-18 |
| Folio No. | : 323655 |
| Conf. No. | : 113634002 |
| Custom Ref. | : 954214758 |

Company Name:
Group Name:

INVOICE

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-24-18 | Resort Charge/Waikiki Connection Fee | 31.41 | |
| 07-25-18 | Resort Charge/Waikiki Connection Fee | 31.41 | |
| 07-26-18 | Resort Charge/Waikiki Connection Fee | 31.41 | |
| 07-27-18 | Visa | | 94.23 |
| | XXXXXXXXXXXX0194 XX/XX | | |

| | | |
|---|---|---|
| Total Charges | 94.23 | |
| Total Credits | | 94.23 |
| **Balance** | | 0.00 |

I agree that my liability for my charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or request for copies of charges must be made within five days after my departure. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**Guest Signature:** _____

Page No. 1 of 1

Mahalo for staying with us at Outrigger Reef Waikiki Beach Resort, managed by Outrigger Hotels Hawaii. If we can assist you with future reservations, please call us toll free at 1-800-OUTRIGGER (688-7444) U.S., GUAM & CANADA or 303-369-7777 WORLDWIDE DIRECT.

2169 Kalia Road Honolulu, HI 96815 | Phone: 808.923.3111 | Fax: 808.924.4957

Four Points Los Angeles Airport
9750 Airport Blvd
Los Angeles, CA  90045
United States
Tel: 310-645-4600 Fax: 310-649-7047

# FOUR
# POINTS
## BY SHERATON

Rochelle Wright
lbm/gpp/gp
265 Lynshire Road
Marietta, GA, 30064

| | |
|---|---|
| Page Number | : 1 |
| Guest Number | : 2353073 |
| Folio ID | : A |
| Arrive Date | : 01-AUG-18   22:04 |
| Depart Date | : 03-AUG-18 |
| No. Of Guest | : 2 |
| Room Number | : 604 |
| Club Account | : SPG - A2038 |

Four Points LAX  AUG-03-2018  08:48  JVASQUEZ

| Date | Time | Reference | Description | Charges (USD) | Credits (USD) |
|------|------|-----------|-------------|---------------|---------------|
| 01-AUG-18 | 02:43 | RT604 | Room Charge | 160.65 | |
| 01-AUG-18 | 02:43 | RT604 | Occupancy Tax | 22.49 | |
| 01-AUG-18 | 02:43 | RT604 | Tourism Tax | 0.31 | |
| 01-AUG-18 | 02:43 | RT604 | City Tax | 2.41 | |
| 02-AUG-18 | 21:28 | 3399 | Brewster's | 12.40 | |
| 02-AUG-18 | 02:25 | RT604 | Room Charge | 160.65 | |
| 02-AUG-18 | 02:25 | RT604 | Occupancy Tax | 22.49 | |
| 02-AUG-18 | 02:25 | RT604 | Tourism Tax | 0.31 | |
| 02-AUG-18 | 02:25 | RT604 | City Tax | 2.41 | |
| 03-AUG-18 | 07:16 | 139 | Comfort Restaurant | 25.00 | |
| 03-AUG-18 | 08:48 | VI | Visa-6242 | | -409.12 |

| | | |
|---|---|---|
| ** Total | | SF409.12 | -409.12 |
| *** Balance | | 0.00 |

I agreed to pay all room & incidental charges.

Continued on the next page

Four Points Los Angeles Airport
9750 Airport Blvd
Los Angeles, CA  90045
United States
Tel: 310-645-4600 Fax: 310-649-7047

# FOUR POINTS
## BY SHERATON

Rochelle Wright
Ibm/gpp/gp
265 Lynshire Road
Marietta, GA, 30064

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 2353073 |
| Folio ID | : | A |
| Arrive Date | : | 01-AUG-18    22:04 |
| Depart Date | : | 03-AUG-18 |
| No. Of Guest | : | 2 |
| Room Number | : | 604 |
| Club Account | : | SPG – A2038 |

As a Starwood Preferred Guest you have earned at least 1369 Starpoints for this visit A2038

**Wright Anniversary in Hawaii**
**July 24- August 1, 2018**

**Tuesday, July 24, 2018**
- ➤ **Flight:** Alaska Air flight 1057 departs Los Angeles at 1000AM and arrives Honolulu at 1255M
- ➤ **Transfer: Transfer from airport to resort**
  - o Includes: Meet and greet upon arrival with standard lei
- ➤ **Hotel:** *Outrigger Reef Waikiki Beach*
  - o 3 nights/4 days (July 24-27, 2018)
  - o **Pacific Tower Ocean View King Bedded Room**
    - ▪ Includes All Taxes
      - • A Resort Fee is payable directly to the resort of $31.42 per day
      - • INCLUDES:
        - o Unlimited Island Trolley/Shuttle Services
        - o Wi-Fi Internet Access
        - o Local and International Calls
        - o Bottled water in room replenished daily
        - o Cultural Activities
        - o Discount Activity and Dining book



Welcome to Outrigger Reef Waikiki Beach Resort

What is Hawaiian Hospitality at Outrigger Reef Waikiki Beach Resort? An easy smile and a warm "Aloha!" The spirit of the sea embodied in a gleaming koa canoe and masterworks of Polynesian voyaging art. New expressions of time-honored traditions: a sunrise Hawaiian vow renewal ceremony and an evening of slack-key guitar. Embrace the relaxation of Waikiki Beach and excite in authentic island experiences, from locavore cuisine to nightly performances by Hawaii's music legends. Set your sights on Honolulu, Hawaii and a resort escape to call your own at Outrigger.



Outrigger Reef Waikiki Beach Resort's beautifully appointed rooms and suites welcome you with air-conditioned comfort, Wi-Fi Internet access, direct-dial telephone/voice mail, and 32" LCD TV.

**Wednesday, July 25, 2018**

- **Tour:** Pearl Harbour, USS Arizona and City Tour - 9AM (5 hours)
  - Step back into Island history as you go on an early morning tour that includes reliving the fateful morning of December 7, 1941. See rare footage of the attack on Pearl Harbor and visit the Arizona Memorial Museum built in honor of those who gave their lives that day. Then you'll embark on a short shuttle boat ride to the Arizona Memorial itself.

    After returning to the Pearl Harbor landing, you'll set out on a scenic city tour of Central Oahu that includes Punchbowl Crater and the National Memorial of the Pacific. You'll discover a world of contrast as you tour Honolulu s bustling Downtown area and historic Chinatown right next door. Cruise past Iolani Palace and the famous King Kamehameha statue, seen in many episodes of Hawaii Five-O. Honolulu City Hall and Kawaihao Hawaiian Church are also included on this great half-day tour of Oahu.
    - Includes:
      - Roundtrip transportation from your hotel
      - Pearl Harbor ticket
      - State Tax



- *Afternoon at leisure to enjoy the beautiful resort and island*

**Thursday, July 26, 2018**

- *Day at leisure to enjoy the beautiful resort and island*

**Friday, July 27, 2018**

- **Transfer:** Transfer from resort to the Honolulu Airport
- **Flight:** Hawaiian Air 652 Departs Honolulu at 1206PM and arrives Maui at 1247PM
- **Transfer:** Transfer from Maui Kapalua airport to your resort
- **Hotel:** *Royal Lahaina Resort*
  - 5 nights/6 days (July 27 – August 1, 2018)
  - **Ocean View King Bedded Room**
    - Includes All Taxes
      - A porterage fee is payable directly to the resort of $10.42 per person



# *MAHALO!!!*

The total cost for all aforementioned is **$5,700.**

Pricing and availability are subject to change and cannot be guaranteed until payment has been received.  Some items are on request and cannot be confirmed until we have money on the booking.

A deposit, inclusive of your airfare in full, in the amount of $1,950 will be due ASAP in order to confirm.  Your final payment will not be due until June.  You are free to make whatever payments you wish to between your deposit and final payment.

*Pricing does <u>not</u> include trip protection/insurance, however, it is always recommended.*





# ROYAL LAHAINA
## RESORT

Royal Lahaina Resort
2780 Kekaa Drive
Lahaina, HI 96761
808-661-3611 direct  1-800-22-ALOHA for reservations
www.hawaiihotels.com

Wright, Mr. and Mrs. Darryl Everett
265 longshire court
Marinwood, CA  94903
United States

| | |
|---|---|
| FOLIO NO.: | 11U3WQ |
| ROOM NO.: | R7010    CLERK:  GK |
| ARRIVE: | 07/27/18 |
| DEPART: | 08/01/18 |
| RATE/PACKAGE: | |
| RATE/PACKAGE DESCRIPTION: | Aloha POV- Package |
| NO. IN PARTY | 2 |
| DEPOSIT REC'D: | |

| DATE | DESCRIPTION | | CHARGES | PAYMENTS |
|------|-------------|---|---------|----------|
| 07/27/18 | TRLCLR 1 ROT LOUNGE   #\01-00404 | 1P | 46.66 | |
| 07/27/18 | TRLCLR 1 ROT LOUNGE   #\01-00833 | 1P | 11.37 | |
| 07/28/18 | TBACLR 1 BEACH BAR LO #\01-00505 | 1P | 26.91 | |
| 07/28/18 | TRLCLR 1 ROT LOUNGE   #\01-00706 | 1P | 10.33 | |
| 07/29/18 | TRLCLR 1 ROT LOUNGE   #\01-00253 | 1P | 38.29 | |
| 07/29/18 | TRLCLR 1 ROT LOUNGE   #\01-00349 | 1P | 38.33 | |
| 07/29/18 | MIPRKH 1 Self Parking | -- | 15.00 | |
| 07/30/18 | TROCLR 1 ROT AM       #\01-00101 | 1P | 58.20 | |
| 07/30/18 | TRLCLR 1 ROT LOUNGE   #\01-00084 | 1P | 7.21 | |
| 07/30/18 | TRLCLR 1 ROT LOUNGE   #\01-00273 | 1P | 12.42 | |
| 07/30/18 | MIPRKH 1 Self Parking | -- | 15.00 | |
| 07/31/18 | TRLCLR 1 ROT LOUNGE   #\01-00250 | 1P | 15.54 | |
| 07/31/18 | TRLCLR 1 ROT LOUNGE   #\01-00464 | 1P | 8.25 | |
| 07/31/18 | MIPRKH 1 Self Parking | -- | 15.00 | |
| 07/31/18 | | GK | | 318.51 |
| 08/01/18 | PAAMEX 1 XXXX1004 | | | |

Subtotals        $    318.51        318.51

PAID IN FULL MAHALO!

A hui hou...Until we meet again

*I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges.*

*Guest Signature* _____

08/02/2018 Sheraton Four Points Room #604

Was Tortured in my bed from midnisth to 7:20 AM. Gadgets were in room before we were assigned room. Was bombarel with paste to my head, back and feet. Feet were stinging under covers. Bed spread were stinging all over the place. head, back and legs.

Around 7:20 I foun

Was sleep deprived for 3 to 4 hours before falling to sleep. Dreamt reoccuring dream of me being robbed on a street around 4 AM. Woke up at 4:20. Talked with wife for a minute. Went back to bed around 6:30. Woke Dreamt same dream until 07:20 AM?? Later found urine my urine was yellow. Took Uber to CVS to get drug testing kit, memory card, wipes and baggies.

Returned to room # 604, Foo WAS bombard
by paste when I entered room, Had
drinks in hotel bar. Charge drink to
room. What came back down to smoke
Cigar Near entrance of garage.
Multiple Guest walked by as I smoked
Went up to room #604 and slept.
Woke up at 03:00am. Went to lobby
to get some paper to write this letter.
male front desk Personel had a black eye.

As I writing peop Guest are watchi
in lobby.

Returned to room #604, Debris flying around
me. Paste being shot to my shirt as I
sat on bed. Paste coming from bed.
Debris flying up my nose. Seep into to to
my night shorts from bed.

Inserted ~~cloth~~ night close into bags
wipes from my bed, head, legs
into bags. Performed urine ~~test~~.
Took all material to Post office
on Airport Rd and 96th street.
Mailed in USP box with label.
Rented car at E-Z ~~car rent~~ car
on Manchester Blvd. ~~Test~~ Wife and I
took Uber. Was assigned Hundi Blue SUV.
I drove. Logs were stinging as I
drove to Malibu for scenic view. While
walking around Malibu, no sting legs.
Returned to car, legs stinging again.
Visited Santa Monica beach. Bought
cigar at store. Had drinks at
Cheese cake factory. ~~Asf~~ Lift to return
car. wifes GPS kept directing us away from
Airport ~~from~~ airport for an hour. Finally I
took over and got car returned.

08/03/2018 Sheraton four points room #604

08:04am in bed sleeping while left bigtoe was twisted.
You will see me cry out. As I write this note
I am being bombarded by debri to my back.
And turn to my left



HAWAII TOURS

*Guiding the Way*

07/28/2018

Gadgets in Rental CAR As I
drive to water falls and
Crater. Torture intensifig
As I drive up mountain
crater. Gadgets in ROOM 3010

Committed to a Sustainable Hawaii

PEMUKU
*Guiding the Way*

07/29/2018
4th RLR bar— Anniversary
From bartender—strange question
a wife is eating Rogers Question
as eaten here Brity and
[?] about my drinks 3:30am

Committed to a Sustainable Hawaii

FOUR
POINTS
BY SHERATON

7/22/2018

Observered smoking cigar
at hotel front, multiple
tevents. People and employees
kept walking by at 9-10pm
07/22/2018
Torchered in bed later
torchered in room in hall
07/23/2018
Uber from Venis beach Dogle
middle seat closed forced
me to sit in third room seat

Seat on 07/23 morning.
those seats wore
purchased late/.
07/25/2018 at
Outriggers room #925
I WAS woken up at
01:34 with debris in
my throat, Went down
(Gadgets were installed)
stairs and had a couple
LITs, came back up to

OUTRIGGER. RESORTS

O'AHU   MAUI   KAUA'I   HAWAI'I ISLAND   FIJI   THAILAND   GUAM   MAURITIUS   MALDIVES

Until we left together
on 07/23/2018 at
07:45 am. ← No way
they installed gadgets after
Entering room. Gadgets had
to be installed before we
got in room and Assignment
Room wasn't recd until 13:30
on 07/22/2018. Torture in
And out of bed. While lying in
and sitting on bed and standing

FOUR POINTS
BY SHERATON

FOURPOINTS.COM

bough a day before
from Total Wine and
Installed in Napsack
carried to at home then
carried to airport, finally
to Sheraton Fourpoints. Also
respitory Incidents while
walking, before and
after trip to Sheraton. Wife
was in room all day but checkin
g other person got into room

FOUR
POINTS
BY SHERATON

FOURPOINTS.COM

07/24/2018
WAS DONE while On
Flight 283 AA LAX to
Honolulu. Person who did
it had to had been in
priority seatings to setup
the gadgets And had to been
with in view to target the
gadgets. Had to use bluetooth
to manage gadget installed
on my seat Airplane seat
Isle seat next to me was
purchase or assigned
after 07/23. I purchace our

OUTRIGGER.
RESORTS

O'AHU   MAUI   KAUA'I   HAWAI'I ISLAND   FIJI   THAILAND   GUAM   MAURITIUS   MALDIVES

Sheraton personel and
Conscier and guar
Guest. Observed
getting into elavator after
eating food. Torture in room
white laying down. At every
point they knew when I
left room to smoke cigar.
Observed and tortured in
room before smoking cigar
and after. before eating.
Both cigars had excellerators
install. 2 cigars were nearly

FOUR
POINTS
BY SHERATON
FOURPOINTS.COM

Smoke a cigar on
the balcony.

**OUTRIGGER.**
RESORTS

Later took an Uber

to get CIGARS. Got

DOUCE while in

CAR from the third

Uber Driver between

LA and Honolulu

Shipping cigars with
Excellarators bought
in Kennesaw

O'AHU   MAUI   KAUA'I   HAWAI'I ISLAND   FIJI   THAILAND   GUAM   MAURITIUS   MALDIVES

HOKU
HAWAII TOURS
*Guiding the Way*

07/29/2018

me with wife
saw female from the black
couple leaving at 5:30pm
in lobby. It appears she
was waiting for me to get
off the Elevator with my wife
went to movies. While in car
rental

Committed to a Sustainable Hawaii

HOKU
HAWAII TOURS
*Guiding the Way*

Gadget with debres and
water flying all over the
place. Gadget in movies while we
watched. Gadgets are staying (in hotel
clowns are staying (RLR)
where I stay.

Committed to a Sustainable Hawaii

HUKU
HAWAII TOURS
*Guiding the Way*

Greg After movies and returning
to hotel room #7010, Gadgets
use to plaster my shirts and
while in bed. Causes gas and
bowel movement in AM.

*Committed to a Sustainable Hawaii*

NUKU
HAWAII TOURS
*Guiding the Way*

07/30/2018
Left hotel for Lakau a RLR
~~fo~~ for 3 hours. Came back to
RLR 4 701pi. WAS DOUCEA with
paste in bed while sleeping
cause bowel movement in Am

Committed to a Sustainable Hawaii

MUNU
HAWAII TOURS
Guiding the Way

SAT ON BALcony SmOKING CISARS
while beING DOUCE ON balcony.
SleppING, Debris flyINg Around
IN FACE AND NOSE.
CHOSE DIFFERINT CISAR ON 07/31
NO EXCL (worksur tand

Committed to a Sustainable Hawaii